1983 Form

# In the United States District Court
# For the ~~Northern~~ Middle District of Alabama

RECEIVED
2007 JUL 20 A 9:4̄

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MR. LARRY C. DIXON
AIS# 138238

2:07cv662-WKW

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Cheryl Price Central Classi-
fication Directors
Baptish south medical Hospital
DR. Carlos M. Gutierrez

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes (✓)   No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): LARRY C. DIXON 138238
         Defendant(s) Cheryl Price et. al,

      2. Court (if Federal Court, name the district; if State Court, name the county)
         Montgomery District Court habeas Corpus

      3. Docket Number  2:07-CV-518-MHT

      4. Name of judge to whom case was assigned  Myron H. Thompson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Judge Upon an independent and de Novo review OF (Mykow Thomps) THE File in this Case The Clerk is directed to Transfer

6. Approximate date of filing lawsuit  June 2007

7. Approximate date of disposition  July 9, 2007

II. Place of present confinement  Bibb County Corr. 565 bibb Ln. Brent, AL 35034

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No ( )

   C. If your answer is YES:
      1. What steps did you take?  N/A
      2. What was the result?  N/A

   D. If your answer is NO, explain why not?  THE systems Political Interest Forbids Grievance Procedure Also 4 Amendment Right to seek Grievance OF the Government

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  MR. LARRY CARL DIXON 138238

      Address  Bibb County Corr. 565 bibb Ln. Brent, Al 35034

-2-

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant **Cheryl Price, + Central Classification Director** is employed as **Warden + Director, Atlanta Hwy. Mont, AL 36104** at **Bibb County Corr. 565 bibb Ln. Brent, AL 35034-36117**

C. Additional Defendants **DR. CARLOS M. GUTIERREZ and DR. Tai Q Chun Corr.-Affiliate is Employed at Baptist South Hospital Montgomery, AL 36104 Affilate 6936 Winston Blount Blvd. Montgomery, Al 36117 DR. Tai Q. CHUNG**

*(margin note: Baptist South Hospital 2105 East south Blvd Mont, AL 36111)*

### IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Defendant Cheryl Price Violated Plaintiff 14th Amendment Constitutional Right of Procedural due Process and Right of Appeal at administrative Classification Manual with respect to Clear Recommendation For Work-Release at Progress Review.

Affiliates Baptist south Hospital defendants DR. Carlos M. Gutierrez 8-3-05 Amputated Plaintiff Left Index Finger without Consent, Affiliate DR. Tia Q. Chung Rendered substandard medical treatments in Violation of Plaintiff Protected 8th Amendment Constitutional Right, further Practices recommending Unlawfully funded Programs Crime bill sapp, SAPP, Faith base, and Community Corrections Programs are Unlawfully Funded For Fleecing of Federal Funds and Citizens of Alabama Void of Dept of Examiners + Public Accountants Inmate Commisary 56 Million spent on Commisary Counted as Donation to Dept.

-3-

In The District Court Of the United States
For the Middle District Of Alabama
Northern Division

Defendants, Cheryl Price & Central Classification director
Atlanta Hwy Montgomery, AL 36104

Defendents DR. Carlos M. Gutierrez Baptist south Hospital 2105 East south boulevard Montgomery, Alabama 36111

Defendent DR. Tai Q Chun 6936 Winston Blount Boulevard Montgomery, Alabama 36117

Community Corr. Div. Affiliate's there to
Defendent Jeffery Williams P.O. Box 301501 Montgomery, Alabama 36130-

AT Classification Manuel Chapter 1 et 1 #1 Purpose to Provide Consistent, Efficient, dependable, And Constitutionally Acceptable decision Concerning Offenders during thier incarsiration ect, ect, ect, Petitioner begs to Differ, the Face of Petitioner APPEAL to Classification Clearly stated that the decision Being Appealed: NOTE: Progress Review Recommendation Transfer to MOBILE Work Release Community Custody, Also Prior Recommendation At Kilby Corr. Facility at Reclass Fountain Corr. Facility, I.e. Family ties. It Follows that the Classification Manuel with all its Constitutional Norms was Not Followed Properly. Classification Manuel Page #7 at 11. #11. Appeals, The inmate may APPEAL the decisions Concerning security Level II Placement or "work Release" or denial OF IGT. By the CENTRAL REVIEW Board to the director OF Classification (or designee) within 72 working Hours After Notification Of the decision Clearly Petitioner was recommended Work release. The Petitioner Avers, Respondents Arbritrary Infringement, Practice Of trampleing A transfer is not appealable! Can be appealed upon orders and review Of the district Court Of the united states, Provided respondents manipulated Inmate transfer For respondents own Political Interest. For example; Petitioner right Of appeal was impinged upon Where Central records steadfast Conditions OF 85% OF sentence before Consideration to transfer closer To mobile, Alabama For Family ties, is inconsistent with Administrative 403. that Violates Procedural due Process A Fact; the United States supreme Court, has ruled That the transfer Of inmates across state Lines are Unconstitutional, For example; Alabama transfers Across Mississippi, and L.A. State Lines, (For Courts Review) Alabama Practice Of dictating selective Precentages Of Proper Procedural Due Process Require Mandates

#4.

IN THE UNITED STATES DISTRICT COURT
For the Middle District Of Alabama
NORTHERN DIVISION

Respondents Create Programs, Based on recommendations, thereto Ineffect Clearly A Perverted Scheme, Apleasement Judicially, and an Fleece of the Federally Funded donations matched with Taxes of Citizens of the state of Alabama, most Being Friends and Family of inmates of Alabama Dept. of Corr. (set forth for Courts review) that Respondents boasts, Alabama Dept of Corr Commissary Affiliate American Commissary Create 59 Million dollar, Annually Counted as AN donation to the Alabama dept of Corr. It Follows (For Court Review) an Order of the Expenditure must exist Alabama Inmate Package Program Order Form - December 2006 (Attached for Court review) Clearly States; Handout For inmate Family and Friends minimum Order $25.00 Maximum Order $100.00 Note; A.C.S-US will Charge $3.95 Processing fee Clearly Inmates Family and Friends are tax Paying Citizens of the state of Alabama, Concerns in this the foregoing Petition seek an disclosure of Ala. Dept. of Corr. Expenditure of said 59 million Annual Commissary said Counted as an Donation to the Ala. Dept. of Corr. respondents Alabama Sentencing Commission Creates Federally Funded Programs For Example Comm. Corr., SAPP, Crimebill SAPP, Faith base, Transitional Programs

IN THE UNITED STATES DISTRICT COURT
For the Middle District OF Alabama
Northern Division

#5.

These Programs are all recommended by respondents Classification, void of Procedural dictates and transfer alike thereto. Only Court Ordered Substance abuse are honored for Release, major percentages of inmates attend Programs over and over and over again to no avail. respondents Ala. Sentencing Comm. 2006 manual Pg. #28 states in part; There are two types of Felony Diversions referred to as Front End Diversion and Institutional Diversion. Front End are Felons directly sentenced to A Community Corrections Program that would otherwise be sentenced to Incarceration in the Penitentiary the Department (Respondents) Approves inmates For Front End Diversion if they are not excluded. Petitioner contends, If they are not Broke. Finance, to Aplease the Judicial Branch, Creates Desired Political interest, A Perverted Racketeering Scheme, Fleecing alabama Citizens. the Program used Indecriminately, disporpotionately run by inmates Now Becomes a method of warehousing. these structured Programs are SewsLand Paridise (Vanjetion From Camp to Camp) Maintenance of inmate ongoing record are manage by inmates Details, Job Assignments, A climate of racketeering Among inmates choose for staffing titled dorm Leaders, Capable of writing pull ups, directed to respondents classification and Program director to effect change of Dorm, Facility, Liberty is the Completed Program Proper mandates must Issue. Petitioner seeks Order of Court to Halt all of the afore Mentioned Programs, Unconstitutional Transfers across state Lines, Namely Miss. and L.A. said 59 Million Anually Commisary Counted as an donation to the Respondents. Further A Full disclosure of expenditure for Federally Funded Programs, and order Proper Procedural Dictates with respect to Petitioners Progress Review Recommendation Transfer to Mobile W/R (Work Release)

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle DISTRICT OF Alabama
NORTHERN Division

And REVIEW OF Baptist south medical center affiliate OF Alabama dept. OF Corr. where 8-3-05 Petitioner recieved substandard Care, amounting to an eighth amendment Violation, is Cruel and unusual when injured from faulty win Dow design Petitioner was transported Baptist south Hospital Montgomery Alabama emergency Room DR. Carlos M. Gutierrez stated; This is the seventh ala. Dept OF Corr. Inmate injured by Faulty windows this week I do Not Have time for repair OF Ligiments due to Air medivek Arrival enroute, Petitioner seek Order OF emergency Report, Records For 8-3-05 Further copies of emergency room X-Rays will reveal that Petitioner had No Broken Bones in Left hand, that due to DR. Carlos M. Gutierrez substandard medical Care an amputation OF Petitioners Left index Unit without Consent cause Irrepairable damage without regard for Consent Procedure And Procedural dictates associated there with Petitioner Avers, that the substandard medical care Amounts to an Subjection OF Cruel and Unusual Eighth amendment Violation OF Petitioners Protected Constitutional Right would Pray Petitions are Aforded Constitutional dictates Filed Pro-se, in Light Petitioner, Not Vexed in Law, And degrees OF Law, Petitioner A Prisoner in a Prison OF the state OF Alabama, Incarsirated Collectively some 35 years, See's the Afore mentioned take Place Seeks relief From these depravations, without Professional assistance, Petitioner Seek these Orders

Further that inmates Transfered across state Lines For example Mississippi + LA. are Unconstitutional, Defendants entities, governors Office / Sentencing Commission, Creates Program For Judicial Apleasement, and Political Interest, Void OF Compitant Over sight under Color OF Law)

V. **RELIEF**

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

STOP Unconstitutional Programs, the Unconstitutional transfer Across state Lines thereto The Federal Funding there OF require the Recovery OF damages Monitarily in said Official Capasity, any and all relief The Courts deem Proper and Correct Plaintiff Prays For Relief

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                (date)

_____
_____
_____
_____
_____
_____
_____  "
_____
Signature(s)

- 4 -

IN THE United STATES DISTRICT COURT
For the Northern District OF Alabama

STATE OF ALABAMA )
County OF Bibb )

Before me, a Notary Public in and For said County, in said state, Personally Appeared LARRY C DIXON, whose Name Is signed to the foregoing 42 U.S.C. 1983 Complaint, who being duly sworn, deposes on Oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of His Knowledge and belief

_Larry Dixon_
Signature OF affiant

Sworn to and subscribed before me this 16 Day OF July, 2007

_Laura Hires_
Notary Public

Bibb County, Alabama
My Commission Expires 9-1-2010

MR. LARRY C. DIXON
AIS #138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, AL 35034
E4 25A



United States District Court
(Office of the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711

(Free mail)