IN THE District Court Of the United States
For THE Middle District OF Alabama
Northern Division

RECEIVED
2007 AUG -7 A 9:50

LARRY CARL DIXON, #138238,
    Plaintiff

V.

Cheryl Price, et al.,
    Defendants

Civil Action No. 2:07-CV-662-WKW
[WO]

## OBJECTIONS TO RECOMMENDATION

A. THE WORK RELEASE Claim (she refused to transfer him) Is not Plaintiff Claim, defendants Violates Established Right OF Appeal said Protected Under the Constitution OF The United States And the state OF Alabama Procedural Due Process guards and Protects Liberties + Properties From Unfair Applications OF Criteria Note; Plaintiff Petition Under §1983 and it derivative's Provisions OF 28 U.S.C. §1915 Are Properly Established Ala. Dept OF Corr. Classification Manuel Clearly states; Purpose to Provide Consistent Efficient, dependable, and Constitutionally Acceptable Decision's Concerning Plaintiff My Right to Appeal Recommendations For Work Release Was abridged Magistrate Judge Conclusions Citing Sander's as "Atypical Shows A Clear Blanket Indictment

B. THE Classification Claim
(Thus, the Failure to Provide A Lower Classification Level Does Not implicate the Constitution)
Questions my Existence As an Criminal simultaneously your Magistrate Existence As an Judge because each Require stage's However when Recommendations And Criteria's are set Forth due Process Provides the Both OF Use safeguards Against mistakes and or Mistaken Identities Sandin as Cited is incidental to Prison How would the Magistrate Judge be mistaken as An Carreer Criminal without blanket Indictments

C. Transfer OF Inmates Across STATE LiNES
Be advise the Court that "All similarly Situated Inmates Must be treated the same" Wee will Find defendants Uses such transfer's to Create an disired Political Interest at

D. Rehabilitation Programs (specifically, Dixon States, "Are Unlawful Funded For Fleecing of Federal Funds and Citizens OF Alabama" Frivolous I think Not First Oversight of defendants STATE Created Programs are Clearly Violated with respect too Code OF Alabama 1975 § 15-18-182 Eligibility For Continued grant Funding Additional Incentive Funding; Noncompliance with Plan NOTE; Magistrate Judge THE Ala. Sentencing Commission Applie's Programs directly to Plaintiff SENTENCE

Concludion) Chief Justice Sue Bell Cobb Former Chief Justice Drayton Nabers Jr. Judges of the Court of Criminal Appeal, Alabama Circuit + District Judge Association your Magistrate Judge Affiliates and Attorney General Troy King and at last Governor Bob Riley Clearly an Blanket indictment exist

Community Corr, Substance Abuse Programs, ect, ect, most are Unattended Indiscrimitive and dispropotionate Through the Very Classification your magistrate Judge Attempts to dismiss misscarriage of Justice Clearly so E. Baptist Medical Center South and its Substandard Care with respect to Plaintiff Petition "CONSENT" Its mention eludes Magistrate Judges Recomendations Consent to Operations of the extent "Amputation Is a requirement under State and Federal law Alabama Dept. of Corr. Affiliate Hospitals County State Private However Must have Patient Consent Next of Kin an so Forth Set Forth Baptist South Medical Center Medical Consent Rule, Forms, Procedure I Plaintiff Never gave Consent to Amputate Hand where no bones were Fractured Next they Justices Accross Alabama would Allow Organ machines Unplugged at the wimb of Private Doctors, Ala. Dept. of Corr. Atipical of Judges + Criminals

Respectfully LC Dixon

A COPY OF THE Foregoing Has been served upon Defendants

Mr. Larry C. Dixon
AIS #138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, AL 35034
E 425 A

BIRMINGHAM AL 352
03 AUG 2007 PM 6 L

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

United States District Court
Middle District of Alabama
(Office of the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711