IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the objection filed by the plaintiff on August 7, 2007 (Court Doc. No. 5), and for good cause, it is

ORDERED that the Recommendation entered on July 30, 2007 (Court Doc. No. 4) be and is hereby WITHDRAWN.

Done this 10th day of September, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE