IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-662-WKW |
| ) | |
| CHERYL PRICE, et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

A 42 U.S.C. § 1983 action has been filed by a person incarcerated in a state correctional facility alleging a violation of his civil rights with respect to medical treatment provided to him at Baptist Medical Center South ["Baptist"] in Montgomery, Alabama. Specifically, the plaintiff complains that upon his transfer to the emergency room at Baptist Dr. Carlos M. Gutierrez and Dr. Tai Q. Chun provided substandard medical care to him in violation of his constitutional rights. The plaintiff argues that Baptist and its physicians are affiliated with the Alabama Department of Corrections. The Magistrate Judge has reviewed the complaint and determined that a response from the medical defendants, the Alabama Department of Corrections and its medical care provider, Prison Health Services, Inc. is appropriate prior to service of the complaint. In light of the foregoing, it is

ORDERED that on or before September 26, 2007::

1. The Alabama Department of Corrections and Prison Health Services shall file responses which advise the court of whether either entity has (i) entered into a contract with Baptist Medical Center South in Montgomery, Alabama, Dr. Carlos M. Gutierrez or Dr. Tai Q. Chun to provide

medical care to inmates, and (ii) entered into any contract with a private hospital or physician to provide specific medical care to state inmates.

2. Prison Health Services shall advise the court of its policy with respect to the referral of state inmates to private physicians/hospitals for treatment.

3. Baptist Medical Center South, Dr. Carlos M. Gutierrez and Dr. Tai Q. Chun shall file a response which advises the court of whether they have entered into a contract with the Alabama Department of Corrections or its medical care provider, Prison Health Services, Inc., to furnish medical treatment to state inmates.

The parties are advised that no motion for summary judgment, motion to dismiss or any other dispositive motions addressed to the complaint be filed by any party without permission of the court. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

The Clerk is DIRECTED to provide a copy of this order to General Counsel for the Alabama Department of Corrections, counsel for Prison Health Services, Inc., Baptist Medical Center South in Montgomery, Alabama, Dr. Carlos M. Gutierrez and Dr. Tai Q. Chun.

Done this 11th day of September, 2007.

/s/ Terry M. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE