IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LARRY C. DIXON, #138238    )
              )
     Plaintiff,    )
              )
vs.             ) Civil Action No. 2:07-cv-662-WKW
              )
CHERYL PRICE, et al.,     )
              )
     Defendant.   )

**RESPONSE TO ORDER OF
SEPTEMBER 11, 2007**

_____

   COMES NOW Baptist Medical Center South and in response to the Order of this Court

dated September 11, 2007, in the above case states as follows:

   1.  Baptist Medical Center does not contract with the Alabama Department of

Corrections for medical services.

   2.  On November 3, 2003, Baptist Medical Center South entered into a contract with

Prison Health Services, Inc. (PHS), to provide health care services to inmates under the care of

PHS. The contract with PHS terminated on or about December 14, 2005.

   Respectfully submitted this the 17th day of September, 2007.

          /s/ James E. Williams
          _____
          JAMES E. WILLIAMS (ASB-9283-W84J)
          Melton, Espy & Williams, PC
          255 Dexter Avenue
          Post Office Drawer 5130
          Montgomery, AL 36103-5130
          Telephone: (334) 263-6621
          Facsimile: (334) 263-7252
          jwilliams@mewlegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I have served a copy of the foregoing upon the Plaintiff, Larry

C. Dixon, AIS #138238, Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama,

35034, E425A, on this the <u>18</u>th day of <u>September</u>, 2007.


<u>/s/ James E. Williams</u>
OF COUNSEL