IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendants. | ) |

### RESPONSE OF DR. CARLOS M. GUTIERREZ TO ORDER OF SEPTEMBER 11, 2007

Comes now Dr. Carlos M. Gutierrez and files his response to this Honorable Court's Order of September 11, 2007, and states as follows:

1. Dr. Carlos M. Gutierrez has *not* entered into a contract with the Alabama Department of Corrections or its medical care provider, Prison Health Services, Inc., to furnish medical treatment to state inmates.

Respectfully submitted, this the 20 day of September, 2007.

/s/ Frank J. Stakely
Frank J. Stakely
Attorney for Dr. Carlos M. Gutierrez
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Phone: 334/206-3150
Fax: 334/262-6277
E-mail: fjs@rsjg.com
ASB-0736-e35f