IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CARL DIXON (AIS # 138238), | § | |
| | § | |
| Plaintiff, | § | |
| | § | 2:07-cv-662-WKW |
| vs. | § | |
| | § | |
| CHERYL PRICE, et al., | § | |
| | § | |
| Defendants. | | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT ORDER DATED SEPTEMBER 11, 2007

COMES NOW Prison Health Services, Inc. ("PHS"), without submitting to this Court's jurisdiction, and respectfully requests that this Honorable Court extend the time period it has to file its Response to Court Order Dated September 11, 2007 by fourteen (14) days, up to and including October 10, 2007. As grounds for this Motion, PHS shows to the Court as follows:

1. PHS is not a named Defendant to this action. As such, by responding, it in no way submits to this Court's jurisdiction.

2. Without waiving said objection, due to unavoidable scheduling conflicts, counsel for PHS has been unable to schedule a meeting with the appropriate administrative personnel to ascertain that information requested by the Court. As such, counsel for PHS requires additional time to comply with this Court's Order.

3. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted this the 26th day of September, 2007.

                                              *s/ R. Brett Garrett*
                                              R. BRETT GARRETT (GAR085)
                                              Attorney for Prison Health Services, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of September, 2007, to:

Larry Carl Dixon (AIS # 138238)
ELMORE CORRECTIONAL FACILITY
P.O. Box 8
Elmore, Alabama 36025

                                              *s/ R. Brett Garrett*
                                              Of Counsel