IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Prison Health Services, Inc. ["PHS"] on September 26, 2007 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that PHS be GRANTED an extension from September 26, 2007 to and including October 10, 2007 to file a response to the order entered on September 11, 2007.

Done this 27th day of September, 2007.


/s/
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE