Dixon

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Dr. Carlos M. Gutierrez
c/o Mark Platt
AL Emergency Room Adm. Services
4160 Carmichael Rd. Suite 104
Montgomery, AL 36106

2:07CV662-WKW (cmp/order 40 days)

2. Article Number
(Transfer from service label)   7007 1490 0000 0026 5056

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Green
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
B. Green   4/27/?

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540