IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON (AIS # 138238), § <br> § <br> Plaintiff, § <br> §    2:07-cv-662-WKW <br> vs. § <br> § <br> CHERYL PRICE, et al., § <br> § <br> Defendants. | |

## RESPONSE TO COURT ORDER DATED SEPTEMBER 11, 2007

COMES NOW Prison Health Services, Inc. ("PHS"), without submitting to this Court's jurisdiction, and submits the following in response to this Court's Order dated September 11, 2007:

1.  On September 11, 2007, the Court issued an Order directing PHS to respond to the following inquiry:

> "whether [PHS] has (i) entered into a contract with Baptist Medical Center South in Montgomery, Alabama, Dr. Carlos M. Gutierrez or Dr. Tai Q. Chun to provide medical care to inmates, and (ii) entered into any contract with a private hospital or physician to provide specific medical care to state inmates." And,
>
> 2. Prison Health Services shall advise the court of its policy with respect to the referral of state inmates to private physicians/hospitals for treatment."

2.  In response to (i) above, PHS adopts that response filed by Baptist Medical Center South, identified as (Doc. #9); that response filed by Dr. Carlos M. Gutierrez, identified as (Doc. # 10); and that response filed by Tai Q. Chung, M.D., identified as (Doc. #13).

3.  In response to (ii) above, PHS offers a list of those contracts existing between PHS and medical providers in the State of Alabama, attached hereto as Ex. "A."

4. In response to (2.) above, PHS requests that the Court issue an Order of clarification regarding the nature of that information desired.

Respectfully submitted this the 10th day of October, 2007.

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Prison Health Services, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3138
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 10th day of October, 2007, to:

Larry Carl Dixon (AIS # 138238)
ELMORE CORRECTIONAL FACILITY
P.O. Box 8
Elmore, Alabama 36025

*s/ R. Brett Garrett*
Of Counsel

| Name | Size | Ratio | Packed |
|---|---:|---:|---:|
| hale county hospital agreeme... | 601,268 | 5% | 568,214 |
| Haley Dermatology (Haley, H... | 426,241 | 6% | 399,292 |
| Hanger Prosthetics and Ortho... | 305,033 | 11% | 271,419 |
| Haynes Ambulance (Montgo... | 157,860 | 10% | 142,775 |
| Haynes Ambulance (Wetump... | 146,288 | 8% | 133,876 |
| Heathcare Corrections X-Ray... | 675,185 | 7% | 629,723 |
| Homatoloty and Oncology As... | 553,587 | 7% | 514,615 |
| Huntsville Cardiovascular Clin... | 126,914 | 11% | 113,250 |
| huntsville hospital agreement... | 151,106 | 7% | 140,295 |
| Huntsville Renal Clinic agree... | 384,988 | 7% | 359,387 |
| Institutional Eye Care agreem... | 628,741 | 5% | 594,521 |
| Integrated Magnetic Imaging... | 374,745 | 7% | 348,655 |
| Iron Mountain Emergency Ph... | 496,230 | 5% | 471,826 |
| ABC Orthotics and Prosthetic... | 255,339 | 8% | 235,409 |
| Advanced Medical Imaging a... | 404,430 | 7% | 377,839 |
| Advanced Medical Imaging C... | 34,096 | 16% | 28,785 |
| Advanced Othopedic Surgical... | 600,098 | 5% | 569,010 |
| Advanced Surgical Associate... | 529,590 | 6% | 498,179 |
| Alabama Cardiovascular Sur... | 537,351 | 5% | 509,513 |
| Alabama Colon & Rectal Instit... | 570,108 | 5% | 539,661 |
| Alabama Dental Laboratory a... | 596,586 | 5% | 567,168 |
| Alabama Orthopedic & Sports... | 797,426 | 6% | 753,412 |
| Alabama Prosthetics and Ort... | 228,891 | 5% | 216,478 |
| Andrade, Terry MD, PC agree... | 540,775 | 5% | 513,363 |
| Apogee Medical Group, Alab... | 87,550 | 11% | 78,312 |
| Aristizabal, Carlos MD (Carra... | 528,150 | 6% | 497,164 |
| Athens Eye Clinic agreement... | 420,503 | 6% | 395,514 |
| Atmore Ambulance Service a... | 157,441 | 8% | 144,899 |
| Atmore Ambulance Service lo... | 234,351 | 7% | 217,114 |
| Atmore Community Hospital (... | 162,706 | 6% | 152,223 |
| Atmore Community Hospital... | 170,586 | 9% | 155,963 |
| Atmore Dental Laboratory agr... | 566,583 | 5% | 535,693 |
| baldwin co eye institute, pc ag... | 118,277 | 8% | 108,572 |
| Baptist Medical Center East a... | 748,080 | 6% | 703,045 |
| Baptist Medical Center East l... | 134,631 | 10% | 120,583 |
| Baptist Medical Center South... | 699,176 | 6% | 655,576 |
| Baptist Medical Center South... | 135,920 | 10% | 121,944 |
| Bateman, Blane E. DO agree... | 77,345 | 11% | 68,676 |
| Bay Eyes, Cataracts & Laser... | 229,053 | 6% | 215,602 |
| Bear Creek Anesthesia loa.pdf | 33,362 | 12% | 29,368 |
| Bedsole, Glen MD agreement... | 513,786 | 6% | 483,863 |
| Bell, Rosa MD agreement.PDF | 510,943 | 6% | 481,451 |
| Bhuta, DP MD agreement.PDF | 560,173 | 7% | 519,122 |
| Birchmoe-Musick, Melinda M... | 218,247 | 7% | 203,532 |
| Boyett, Brent DMD DO amen... | 105,063 | 7% | 97,739 |
| Boyett, Brent DMD, DO agree... | 604,256 | 5% | 573,535 |
| Bromberg, Edward MD agree... | 537,552 | 6% | 507,419 |
| Brown, Howard MD loa.PDF | 359,596 | 6% | 339,200 |
| bullock county hospital agree... | 767,379 | 6% | 720,445 |
| capital cardiothoracic, pc agr... | 420,271 | 6% | 393,380 |
| Care Ambulance Service loa... | 37,340 | 13% | 32,598 |
| carmichael imaging, llc agree... | 439,872 | 6% | 414,047 |
| Carraway Family Practice-For... | 539,320 | 5% | 509,892 |



DEFENDANT'S EXHIBIT A

| Name | Size | Ratio | Packed |
|---|---:|---:|---:|
| carraway family practice-nort... | 611,345 | 7% | 571,074 |
| carraway gynecology clinic ag... | 437,046 | 6% | 408,982 |
| carraway medical foundation ... | 604,200 | 7% | 559,714 |
| carraway methodist medical c... | 829,745 | 6% | 782,559 |
| carraway surgical associates ... | 572,394 | 7% | 532,432 |
| central al thoracic & cardiova... | 425,439 | 6% | 398,011 |
| chardonnay dialysis, inc agre... | 848,946 | 6% | 796,136 |
| chung, tai md agreement.PDF | 411,502 | 7% | 383,399 |
| Clayton Rescue Squad loa.pdf | 44,772 | 9% | 40,857 |
| Clio Rescue, Inc. loa.pdf | 27,129 | 15% | 23,099 |
| Columbia Nephrology Associ... | 32,176 | 12% | 28,163 |
| crompton, john d. md agreem... | 428,743 | 6% | 402,636 |
| dale medical center agreeme... | 760,120 | 6% | 714,487 |
| dch regional medical center a... | 198,409 | 7% | 184,476 |
| dewitt, andrew md agreement... | 432,030 | 5% | 408,639 |
| digestive disease associates ... | 426,654 | 6% | 400,076 |
| digestive disorders & liver dis... | 431,942 | 6% | 405,143 |
| donahue, jp md agreement.... | 430,069 | 6% | 405,705 |
| dueland, david md agreement... | 405,808 | 5% | 386,813 |
| dyas, lloyd md loa.PDF | 119,619 | 9% | 108,557 |
| edwards lake medical center ... | 450,788 | 6% | 423,326 |
| elmore community hospital a... | 183,159 | 8% | 167,639 |
| endocrinology associates agr... | 418,733 | 6% | 392,504 |
| Faulkner, Scott MD agreeme... | 80,002 | 11% | 71,524 |
| Fletcher, Raymond MD agree... | 398,036 | 7% | 371,077 |
| Fresh Air Accessible Transpo... | 127,312 | 10% | 114,637 |
| Gandy, Roy MD, PC agreeme... | 399,804 | 7% | 373,370 |
| Garcia, Carlos MD agreemen... | 397,139 | 6% | 372,506 |
| Gasden Foot Clinic loa.pdf | 126,098 | 10% | 114,036 |
| Gastrointestinal Specialists, P... | 128,718 | 11% | 114,376 |
| Global Diagnostic Services, I... | 38,335 | 13% | 33,478 |
| Global Diagnostic Services, I... | 37,114 | 11% | 33,151 |
| Global Diagnostic Services, I... | 86,777 | 11% | 77,562 |
| Gonzalez, M. Francisco MD l... | 268,535 | 6% | 252,974 |
| Hakim, Hisham MD, MPH, P... | 460,517 | 6% | 430,789 |

| Name | Size | Ratio | Packed |
|---|---:|---:|---:|
| Providence Pathology Associ... | 86,016 | 6% | 80,519 |
| Radiology of Huntsville agree... | 431,295 | 6% | 403,285 |
| Regional Ambulance Columbi... | 92,854 | 7% | 86,746 |
| Regional Paramedical Servic... | 138,666 | 10% | 125,424 |
| Regional Paramedical Servic... | 139,423 | 11% | 123,979 |
| Regional Paramedical Servic... | 135,950 | 12% | 120,245 |
| Regional Paramedical Servic... | 139,831 | 11% | 124,108 |
| Rehab Associates, LLC agre... | 438,915 | 5% | 416,176 |
| Retina Specialists of AL in Mo... | 422,860 | 6% | 398,975 |
| Rural Metro of Central Alaba... | 172,702 | 9% | 156,558 |
| russell medical center agree... | 816,746 | 6% | 764,828 |
| j paul jones hospital agreeme... | 786,336 | 6% | 740,877 |
| Jackson Montgomery Emerg... | 127,530 | 9% | 116,125 |
| James, Lloyd MD 1st amend... | 255,083 | 8% | 234,529 |
| James, Lloyd MD agreement... | 142,561 | 8% | 130,565 |
| Jones, John Allen III, MD agr... | 572,115 | 7% | 534,028 |
| Kelley Ambulance Service loa... | 149,425 | 9% | 135,984 |
| King, Lucie MD loa.pdf | 127,230 | 10% | 114,654 |
| Loveless, Howard MD, PC ag... | 440,129 | 6% | 412,329 |
| M. Francisco Gonzalez, MD l... | 29,435 | 14% | 25,410 |
| Mackey, Steven MD agreeme... | 401,996 | 6% | 376,076 |
| maddux, andreas md agreem... | 419,503 | 6% | 392,421 |
| marion regional medical cent... | 938,777 | 6% | 883,561 |
| Maull, Kimball MD FACS (Car... | 634,933 | 6% | 594,787 |
| Medical Center Podiatry loa.pdf | 135,756 | 10% | 122,795 |
| Medical Park Cardiology (Rile... | 113,038 | 10% | 101,481 |
| Medstar Emergency Medical... | 134,220 | 12% | 118,650 |
| Mercer, Wayne PhD loa.pdf | 131,011 | 11% | 116,327 |
| Midlands Surgical Associates... | 29,959 | 13% | 25,940 |
| mobile infirmary medical cent... | 213,125 | 6% | 200,097 |
| Monroeville Radiation Oncolo... | 187,075 | 5% | 176,821 |
| Montgomery Cancer Center a... | 71,417 | 12% | 63,062 |
| Montgomery Cancer Center a... | 92,763 | 5% | 88,568 |
| Montgomery Cardiovascular... | 526,350 | 6% | 496,069 |
| Montgomery Kidney Specialis... | 420,306 | 7% | 392,346 |
| Montgomery Metabolic and M... | 405,327 | 7% | 378,821 |
| Montgomery Metabolic and M... | 49,304 | 10% | 44,317 |
| Montgomery Nuclear Imaging... | 440,415 | 6% | 415,030 |
| Montgomery Obstetrical & Gy... | 675,527 | 5% | 638,869 |
| Montgomery Otolaryngology... | 100,439 | 8% | 92,084 |
| Montgomery Spine Center ag... | 484,811 | 6% | 457,166 |
| Montgomery Surgical Associa... | 421,078 | 6% | 393,795 |
| Montgomery Surgical Center... | 430,866 | 7% | 399,374 |
| Montgomery Vascular Surger... | 463,725 | 6% | 434,122 |
| Naviwala, Saleem MD agree... | 436,881 | 7% | 408,341 |
| Nechtman, Carl MD agreeme... | 437,287 | 5% | 415,695 |
| Neurology Consultants agree... | 426,942 | 6% | 400,014 |
| Neurology Specialists of Alab... | 353,025 | 6% | 330,423 |
| Neurosurgical Associates agr... | 486,005 | 5% | 461,490 |
| Newman, Alfred J. MD (Centr... | 143,444 | 8% | 131,478 |
| north baldwin infirmary agree... | 194,871 | 7% | 181,573 |
| Northstar Paramedic Service... | 133,112 | 11% | 117,812 |
| Northwest Alabama Hearing... | 41,261 | 11% | 36,516 |

| Name | Size | Ratio | Packed |
|---|---:|---:|---:|
| Northwest Alabama Hearing .... | 101,616 | 5% | 96,685 |
| Northwest Alabama Hearing .... | 41,837 | 9% | 37,886 |
| Norwood Clinic, Inc. 2nd ame... | 340,885 | 10% | 306,426 |
| Norwood Clinic, Inc. agreeme... | 494,128 | 6% | 465,993 |
| Norwood Clinic, Inc. amendm... | 50,964 | 11% | 45,508 |
| O'Brien Orthopedics, PC agre... | 131,209 | 8% | 120,650 |
| Open Air MRI of Troy, LLC ag... | 156,318 | 8% | 144,463 |
| Oral & Maxillofacial Surgery A... | 94,413 | 20% | 75,185 |
| Outpatient Services East agre... | 437,252 | 5% | 414,911 |
| Pages from ScanToDesktop.... | 122,500 | 12% | 107,605 |
| Peterson, Thomas MD loa.pdf | 115,913 | 11% | 103,245 |
| Pitts Radiological Associates l... | 271,992 | 7% | 252,815 |
| Pitts Radiological Associates,... | 30,323 | 13% | 26,300 |
| prattville baptist hospital agre... | 743,164 | 6% | 697,809 |
| Premier Anesthesia of Montg... | 727,051 | 7% | 675,042 |
| Premier Anesthesia of Montg... | 32,856 | 12% | 28,863 |
| Professional Pathology Servic... | 67,555 | 7% | 62,802 |
| Prosthetics South loa.pdf | 138,707 | 10% | 124,457 |

| Name | Size | Ratio | Packed |
|---|---:|---:|---:|
| Tomescu, Octavian MD, PC a... | 407,739 | 6% | 382,080 |
| Tuscaloosa Ear, Nose, and T... | 128,279 | 11% | 114,539 |
| Valley Imaging Center agree... | 265,485 | 4% | 254,452 |
| Viking Medical Supply, Inc. Io... | 23,859 | 14% | 20,550 |
| Visionary USA.com (Bay Eye... | 820,294 | 5% | 782,962 |
| Voyager Physical Therapy ag... | 123,251 | 10% | 111,044 |
| Walker, Richard MD agreeme... | 79,254 | 11% | 70,759 |
| Saxon Dental Lab agreement... | 116,077 | 8% | 106,975 |
| Scrimpshire Dental Studio ag... | 115,716 | 9% | 105,809 |
| Shelby Dental Lab agreement... | 395,475 | 7% | 368,320 |
| Smallwood Prison Dental 1st ... | 63,718 | 11% | 56,774 |
| Smallwood Prison Dental agr... | 129,820 | 11% | 116,125 |
| South Alabama Radiation On... | 440,545 | 5% | 418,708 |
| South Baldwin ENT loa.pdf | 118,319 | 11% | 105,790 |
| Southeast Cancer Network, P... | 464,169 | 7% | 433,650 |
| Southeast Cardiology agreem... | 413,494 | 6% | 387,174 |
| Southeast Vascular Group Io... | 132,715 | 9% | 120,186 |
| Southeastern Spine Specialis... | 84,651 | 11% | 75,428 |
| Southern Cardiovascular Ass... | 118,648 | 11% | 105,974 |
| Southern Imaging Specialists,... | 160,623 | 6% | 150,963 |
| southern preoperative service... | 410,124 | 7% | 382,862 |
| Speech Therapy Services loa... | 122,500 | 12% | 107,606 |
| Surgical Arts, PC agreement.... | 462,226 | 6% | 434,850 |
| Surgical Associates of South ... | 538,777 | 5% | 510,448 |
| Surgical Associates of South ... | 37,002 | 11% | 33,028 |
| Sylacauga Anesthesia, Inc. a... | 509,096 | 5% | 485,523 |
| Tennessee Valley Vascular C... | 439,624 | 6% | 413,226 |
| Terrezza & Associates (Imm, ... | 251,505 | 6% | 236,692 |
| The Cancer Care Center of S... | 499,398 | 8% | 457,087 |
| The Heart Group agreement.... | 423,849 | 6% | 396,804 |
| The Surgery Clinic, LLC loa.pdf | 118,012 | 12% | 104,191 |
| thomas hospital (baldwin co e... | 803,274 | 5% | 762,037 |
| Thompson Ortho-Dental Lab ... | 100,425 | 10% | 90,488 |