IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the response filed by Prison Health Services, Inc. ["PHS"] on October 10, 2007 (Court Doc. No. 19), which the court construes to contain a motion for clarification, and for good cause, it is

ORDERED that:

1. Directive number 2 contained in the September 11, 2007 order (Court Doc. No. 7) requiring that PHS provide its policy with respect to the referral of state inmates to private physicians/hospitals for treatment be and is hereby VACATED.

2. The motion for clarification be and is hereby DENIED as moot.

Done this 11th day of October, 2007.

/s/   Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE