IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY CARL DIXON (AIS # 138238), §
                                 §
         Plaintiff,              §
                                 §        2:07-cv-662-WKW
vs.                              §
                                 §
CHERYL PRICE, et al.,            §
                                 §
         Defendants.             §

## SPECIAL REPORT OF DEFENDANT CARLOS GUTIERREZ, M.D.

COMES NOW Defendant, Carlos Gutierrez, M.D. (identified in Plaintiff's Complaint as "Dr. Carlos M. gutierrez"), in response to this Honorable Court's Order of September 25, 2007, and presents the following Special Report with regard to this matter:

## I. INTRODUCTION

Plaintiff, Larry Dixon (AIS # 138238), is an inmate currently confined at Bibb County Correctional Facility located in Brent, Alabama.[1] (See Compl.) On August 3, 2005, a portion of Mr. Dixon's left index finger was amputated when a window collapsed. (See Compl.). On July 20, 2007, Dixon filed a Complaint in this action alleging that Dr. Gutierrez (and others) violated his rights under the Fourteenth Amendment to the United States Constitution by failing to provide him with appropriate medical treatment for his partially amputated finger. (See Compl.) Specifically, Dixon alleges (1) that Dr. Gutierrez "amputated" Plaintiff's left index finger without consent, (2) that Dr. Gutierrez failed to repair unidentified "ligaments" in his left index finger due to time constraints, and (3) that the "amputation" of Dixon's left index finger was contraindicated because there were no broken bones in his left hand. (See Compl.).

---

[1] Mr. Dixon was confined at Elmore County Correctional Facility at all times relevant to this Complaint.

As directed, Dr. Gutierrez has undertaken a review of Dixon's claims to determine the facts and circumstances relevant thereto. At this time, Dr. Gutierrez is submitting this Special Report, which is supported by a Certified Copy of Plaintiff Dixon's medical records from Baptist Medical Center South (attached hereto as Ex. "A"), and the Affidavit of Carlos Gutierrez, M.D. (attached hereto as Ex. "B"). These evidentiary materials demonstrate that Plaintiff Dixon has been provided appropriate medical treatment at all times, and that the allegations in his Complaint are without merit.

## II. NARRATIVE SUMMARY OF FACTS

At all pertinent times, Larry Dixon (AIS # 138238) was incarcerated as an inmate at Elmore County Correctional Facility. (See Compl.). On August 3, 2005, Mr. Dixon presented to the emergency room at Baptist Medical Center South with a severe laceration to his left index finger.[2] (See Ex. "B"). X-ray evaluation determined that Mr. Dixon had an amputation at the level of the mid portion of the distal phalange with a comminuted fracture at the residual distal phalange. (Id.) Dr. Gutierrez evaluated the amputated portion of Mr. Dixon's finger (which had been preserved on ice) and determined that reattachment of the tissue was contraindicated due to the severity of the damage and loss of vascularization. (Id.)

In order to treat Mr. Dixon's open wound, Dr. Gutierrez administered an anesthetic block and rongeured the exposed bone. (Id.) Dr. Gutierrez subsequently cleansed the wound and used a running suture to close the remaining skin flap. (Id.) Mr. Dixon tolerated the procedure well. (Id.) Mr. Dixon's finger was dressed with adaptic

---

[2] Dr. Gutierrez is not employed by Baptist Medical Center South, Prison Health Services, Inc. or the Alabama Department of Corrections, Co-Defendants to this action. (See Ex. "B").

2

and bulky kerlix roll and a protective aluminum splint was used to stabilize the dressing. (Id.) Ancef (an antibiotic) was prescribed to retard infection. (Id.)

Mr. Dixon was observed overnight and was discharged on August 4, 2005. (Id.) At discharge, Mr. Dixon was prescribed Cephalexin (an antibiotic) and Tylox for pain. (Id.) He was provided a referral to Dr. Tai Q. Chung, an orthopedic specialist, for follow-up evaluation. (Id.) Mr. Dixon consented to receive the medical treatment described. (Id.)

As discussed above, Mr. Dixon has alleged that Dr. Gutierrez failed to repair unspecified finger ligaments due to time constraints. (Id.) This allegation is untrue as Dr. Gutierrez has treated Mr. Dixon's amputated finger in an appropriate and timely manner. (Id.) Mr. Dixon also claims that treatment of his left finger wound was contraindicated based upon his belief that there were no broken bones in his left hand. (Id.) This allegation is also untrue, as Mr. Dixon's x-ray evaluation clearly showed the existence of a comminuted fracture. (Id.)

Based on Dr. Gutierrez' review of Mr. Dixon's medical records, and on his personal knowledge of the treatment provided to him, it is Dr. Gutierrez' opinion that Dixon's medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. (Id.) At all times, Dr. Gutierrez has exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. (Id.) In other words, the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate. (Id.)

At no time has Dr. Gutierrez denied Mr. Dixon any needed medical treatment, nor has Dr. Gutierrez ever acted with deliberate indifference to any serious medical need of Mr. Dixon. (Id.) At all times, Mr. Dixon's medical complaints and conditions have been addressed as promptly as possible under the circumstances. (Id.)

### III. DEFENSES

The Defendant asserts the following defenses to the Plaintiff's claims:

1.    The Defendant denies each and every material allegation contained in the Plaintiff's Complaint and demands strict proof thereof.

2.    The Defendant pleads not guilty to the charges in the Plaintiff's Complaint.

3.    Plaintiff's Complaint fails to state a claim against the Defendant for which relief can be granted.

4.    The Defendant affirmatively denies any and all alleged claims by the Plaintiff.

5.    Plaintiff is not entitled to any relief requested in the Complaint.

6.    The Defendant cannot be held liable on the basis of *respondeat superior*, agency, or vicarious liability theories.

7.    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

8    The allegations contained in the Plaintiff's Complaint against the Defendant, sued in his individual capacity, fail to comply with the heightened specificity requirement of Rule 8 in § 1983 cases against persons sued in their individual capacities. See Oladeinde v. City of Birmingham, 963 F.2d 1481, 1485 (11th Cir. 1992); Arnold v. Board of Educ. Of Escambia County, 880 F.2d 305, 309 (11th Cir. 1989).

4

9.     The Defendant pleads the general issue.

10.     This Court lacks subject matter jurisdiction due to the fact that even if Plaintiff's allegations should be proven, the allegations against the Defendant would amount to mere negligence which is not recognized as a deprivation of the Plaintiff's constitutional rights   See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

11.     Plaintiff's claims against the Defendant in his official capacity are barred by the Eleventh Amendment to the United States Constitution

12.     Alabama law provides tort and other remedies for the allegations made by the Plaintiff herein and such remedies are constitutionally adequate.

13.     The Defendant pleads the defense that at all times in treating Plaintiff he exercised the same degree of care, skill, and diligence as other physicians would have exercised under similar circumstances and that at no time did he act toward the Plaintiff with deliberate indifference to a serious medical need.

14.     The Defendant pleads the affirmative defense that the Plaintiff's Complaint fails to contain a detailed specification and factual description of the acts and omissions alleged to render him liable to the Plaintiff as required by § 6-5-551 of the Ala. Code (1993).

15.     The Defendant pleads the affirmative defenses of contributory negligence and assumption of the risk.

16.     The Defendant pleads the affirmative defense that Plaintiff's damages, if any, were the result of an independent, efficient, and/or intervening cause.

17.    The Defendant pleads the affirmative defense that he is not responsible for the policies and procedures of the Alabama Department of Corrections, Prison Health Services, Inc. or Baptist Hospital

18.    The Defendant pleads the affirmative defense that the Plaintiff has failed to mitigate his own damages.

19.    The Defendant pleads the affirmative defense that he is not guilty of any conduct which would justify the imposition of punitive damages against him and that any such award would violate the United States Constitution.

20.    This Defendant adopts and asserts all defenses set forth in the Alabama Medical Liability Act, Ala. Code § 6-5-481, et seq., and § 6-5-542, et seq.

21.    The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a).  Plaintiff has failed to pursue the administrative remedies available to him.  See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning defendants' deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

22.    The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendant who is entitled to immunity.

23.    The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. §1997(e).

6

24    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing *in forma pauperis* actions in federal court.

25    The Defendant asserts that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and request this Court, pursuant to 42 U.S.C. § 1988, to award said Defendant reasonable attorney's fees and costs incurred in the defense of this case.

26    The Plaintiff's claims are moot because the events which underlie the controversy have been resolved. See Marie v. Nickels, 70 F. Supp. 2d 1252 (D. Kan. 1999).

## IV. ARGUMENT

A court may dismiss a complaint for failure to state a claim if it is clear that no relief could be granted under any set of facts that could be proven consistent with the allegations in the complaint. Romero v. City of Clanton, 220 F. Supp. 2d 1313, 1315 (M.D. Ala., 2002), (citing, Hishon v. King & Spalding, 467 U.S. 69, 73, (1984). "Procedures exist, including Federal Rule of Civil Procedure 7(a), or Rule 12(e), whereby the trial court may "protect the substance of qualified immunity," Shows v. Morgan, 40 F. Supp. 2d 1345, 1358 (M.D. Ala., 1999). A careful review of Dixon's medical records reveals that he has been given adequate medical treatment at all times (See Ex. "A" & "B") All of the allegations contained within Dixon's Complaint are either inconsistent with his medical records, or are claims for which no relief may be granted. Therefore, Dixon's claims against Dr. Gutierrez are due to be dismissed.

In order to state a cognizable claim under the Eighth Amendment, Dixon must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs. See Estelle v. Gamble, 429 U.S. 97, 106 (U.S. 1976); McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999); Palermo v. Corr. Med. Servs., 148 F. Supp. 2d 1340, 1342 (S.D. Fla. 2001). In order to prevail, Dixon must allege and prove that he suffered from a serious medical need, that Dr. Gutierrez was deliberately indifferent to his needs and that he suffered harm due to deliberate indifference. See Marsh v. Butler County, 268 F.3d 1014, 1058 (11th Cir. 2001), and Palermo, 148 F. Supp. 2d at 1342. "Neither inadvertent failure to provide adequate medical care nor a physician's negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment." Id. (citations omitted).

Not every claim by a prisoner that medical treatment has been inadequate states an Eighth Amendment violation. Alleged negligent conduct with regard to inmates' serious medical conditions does not rise to the level of a constitutional violation. Further, neither an alleged inadvertent failure to provide adequate medical care nor a physician's alleged negligence in diagnosing or treating a medical condition states a valid claim of medical mistreatment under the Eighth Amendment. Alleged medical malpractice does not become a constitutional violation merely because the alleged victim is a prisoner. See Estelle, 429 U.S. at 106, McElligott, 182 F.3d at 1254, Hill, 40 F.3d 1176, 1186 (11th Cir. 1994), Palermo, 148 F. Supp. 2d at 1342. Further, a mere difference of opinion between an inmate and the physician as to treatment and diagnosis cannot give rise to a cause of action under the Eighth Amendment. Estelle, 429 U.S. at 106-108.

Dr. Gutierrez may only be liable if he had knowledge of Dixon's medical condition, Hill, 40 F. 3d at 1191, and acted intentionally or recklessly to deny or delay access to his care, or to interfere with treatment once prescribed. Estelle, 429 U.S. at 104-105. Dr. Gutierrez cannot be liable on the basis of *respondeat superior*, so the alleged violation must be personal to an individual, not based on a mere supervisory or agency relationship with one who is alleged to have violated Plaintiff's rights. Monell v. Dep't of Soc. Servs., 436 U.S. 658, 691-692 (U.S. 1978).

Obviously, Dixon cannot carry his burden. The evidence submitted with this Special Report clearly shows that Dr. Gutierrez did not act intentionally or recklessly to deny or delay medical care, or to interfere with any treatment which was prescribed or directed. (See Ex. "A" & "B"). The evidence demonstrates, to the contrary, that Dixon's claims are without merit, that his medical conditions were at all times adequately and timely addressed, and that he was not denied any necessary medical treatment. (Id.) Appropriate standards of care were followed at all times and Dixon consented to receive that medical treatment provided to him by Dr. Gutierrez. (Id.) The evidence, in other words, shows without dispute that all of Plaintiff Dixon's medical conditions were thoroughly evaluated, treated, and monitored in a timely and appropriate manner. (Id.) These facts clearly disprove any claim that Dr. Gutierrez acted intentionally or recklessly to deny treatment or care, or that he failed to invest that time necessary to provide appropriate care under the circumstances. (Id.)

To defeat summary judgment, Dixon must be able to point to cases with "materially similar" facts, within the Eleventh Circuit, that would alert Dr. Gutierrez to the fact that his practice violated Dixon's constitutional rights. See Hansen v.

9

Soldenwagner, 19 F.3d 573, 576 (11th Cir. 1994). Dr. Gutierrez submits that there is no case law from the United States Supreme Court, the Eleventh Circuit Court of Appeals, or District Courts sitting within the Eleventh Circuit showing that, under the facts of this case, it was clearly established that these alleged actions violated Dixon's constitutional rights. All of Dixon's medical needs have been addressed or treated in a timely fashion. (See Ex. "B"). Dr. Gutierrez treated Dixon's conditions, prescribed and provided needed medications, managed and treated his problems, and provided him access to appropriate medical care at all times. (See Ex. "A" & "B).

Finally, pursuant to the Court's Order directing this Special Report, Dr. Gutierrez requests that this Special Report be treated and denominated as a Motion to Dismiss and/or a Motion for Summary Judgment. Dr. Gutierrez has demonstrated both through substantial evidence and appropriate precedent that there is not any genuine issue of material facts relating to a constitutional violation, and that he is, therefore, entitled to a judgment in his favor as a matter of law. Plaintiff's submissions clearly fail to meet his required burden.

## V. **CONCLUSION**

The Plaintiff's Complaint is due to be dismissed on its face, and is, further, disproven by the evidence now before the Court. All of the Plaintiff's requests for relief are without merit. Accordingly, Dr. Gutierrez requests that this Honorable Court either dismiss the Plaintiff's Complaint, with prejudice, or enter a judgment in his favor.

Respectfully submitted this the 1st day of November, 2007.

10

*s/ R. Brett Garrett*
R. BRETT GARRETT (GAR085)
Attorney for Defendant, Carlos
Gutierrez, M.D.

Of Counsel:
Rushton, Stakely, Johnston & Garrett, P.A.
PO Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S.
Mail this the 1st day of November, 2007, to:

Larry Carl Dixon (AIS # 138238)
BIBB CORRECTIONAL FACILITY
565 Bibb Lane
Brent, Alabama 35034

*s/ R. Brett Garrett*
Of Counsel

11

| Patient | **Dixon, Larry Carl** |
|---------|----------------------|
| Physician | **Carlos Gutierrez** |
| Mid Level | **None** |

| <u>Date</u> | <u>Time</u> | <u>Events</u> |
|------|------|--------|
| 8/3/2005 | 21:55:00 | Triage BP 201/117, hr 64, r-19, t-97.7, sa02 100%, pain 8/10, wgt 180# |
| 8/3/2005 | 22:00:00 | check in |
| | | to Tx area, c/o injury left index finger, window came down on finger, tip |
| 8/3/2005 | 22:06:00 | brought in bag of glass, 1.5 hours prior to arrival. |
| 8/3/2005 | 22:16:00 | xray finger ordered |
| 8/3/2005 | 22:25:00 | hand tray requested |
| 8/3/2005 | 22:30:00 | finger xrayed, imp: Fracture amputation distal phalange index finger Dr. Gutierrez at bedside, procedure digital block w/ 0.5% marcaine, hibiclens, wound contaminated with dirt, irrigated, debrided and explored, bone rongeured, repaired w/ 4.0nylon flap closure, wound size 4cm. Dictated Imp: Rongeur and wound repair of a complete distal |
| 8/3/2005 | 23:20:00 | phalanx amputation. |
| 8/4/2005 | 00:05:00 | Ancef 1 gm im |
| 8/4/2005 | 01:20:00 | metal finger splint, adaptic and bulky drsg and secured w/ kling |
| | | Discharged, d/c meds cephalexin 500mg qid #28 and tylox 1-2 q4-6 hrs |
| 8/4/2005 | 01:30:00 | #18. follow up with Dr. Chung/ortho. Sutures out 10-14 days. |



EXHIBIT
A
Blumberg No. 5118



0521500836    DIXON LARRY



**Baptist Health**

**I/P AND O/P**

**ADMISSIONS AND FACESHEET**

| | | FC | INIT |
|---|---|---|---|
| | | 16 | PAW |

| PATIENT NO. | DATE | TIME | SEX | DOB/AGE | RA | MS | TYPE | SSR | STATION ROOM/BED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0521500836 | 08/03/05 | 2200P | M | 10/31/57  47Y | 7 | U | E/R | ER | E/R/ | 585426 |

**PATIENT**

NAME & ADDRESS
DIXON,LARRY
P.O. BOX 56

ELMORE      AL 36025

SS# 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
PH# (334)567-1460
COUNTY ELMORE

EMPLOYER

EMP PH#
OCC
EMP
STAT
EMP
I.D.     NOT EMPLOYED

**GUARANTOR**

NAME & ADDRESS
STATON,CORRECTIONAL FACILITY
PO BOX 56

ELMORE      AL 36025

DOB 02/27/76  129Y
SS#
PH# (334)567-1460
REL   SPONSOR

EMPLOYER

EMP PH#  (334)265-0100
OCC
EMP
STAT
EMP
I.D.     SELF EMPLOYED

**RELATIVE**

NAME & ADDRESS
STATON,CORRECTIONAL FACILITY
PO BOX 56

ELMORE      AL 36025

DOB 02/27/76  129Y
SS#
PH# (334)567-1460
REL   SPONSOR

EMPLOYER

EMP PH#  (334)265-0100
OCC
EMP
STAT
EMP
I.D.     SELF EMPLOYED

**REL 2**

NAME & ADDRESS

HM
PH#
WK

**INS #1**

INSURANCE CARRIER  PRISON HEALTH SERVICES
SUBSCRIBER ID#  138238
GROUP PHONE#  (800)729-0069
CONTACT ADDRESS  105 WESTPARK DR #200

INSURED NAME  STATON,CORRECTIONAL FACILITY    REL. TO INSURED

GROUP NAME
APPROVAL#
GROUP NUMBER
CONTACT  CLAIMS DEPT
CITY/STATE/ZIP  BRENTWOOD     TN 3702

**INS #2**

INSURANCE CARRIER
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

INSURED NAME                              REL. TO INSURED

GROUP NAME
APPROVAL#
GROUP NUMBER
CONTACT
CITY/STATE/ZIP

**INS #3**

INSURANCE CARRIER
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

INSURED NAME                              REL. TO INSURED

GROUP NAME
APPROVAL#
GROUP NUMBER
CONTACT
CITY/STATE/ZIP

| DIAG CODE | DIAGNOSIS | ALLERGIES | | P | PT. CL. |
|---|---|---|---|---|---|
| | FINGER CUT OFF | | | % | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|
| | | | |

| ARRIVAL MODE | REFERRING FACILITY | CHURCH/DENOMINATION |
|---|---|---|
| OTHER | | |

| ADMITTING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| 2328 GUTIERREZ,CARLOS M | NO,PCP |

| ATTENDING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|
| 2328 GUTIERREZ,CARLOS M | |

| LOCATION | E/R PHYSICIAN |
|---|---|
| | |

ADMISSION TYPE
EMERGENCY



FS 100    PRINTED BY: d886384          DATE 9/18/2007      Last Printed:  08/03/2005 23:26:28
                                                            08/03/05            RE7

B0521500938
DIXON, LARRY
DOB: 10/31/57   Age:47Y   MR #:585426
Admit Date/Time: 08/03/05          2200P
2328 GUTIERREZ CARLOS M

**Baptist Health**   **ER RECORD - Adult / Adolescent**

Regular M.D. _____

Immunization Hx: Tetanus ☐ UTD ☐ not UTD ☐ Latex Allergy

Allergies: _____ NKDA

LMP: N/A        Pregnant? ☐ Yes ☐ No ☐ Unsure

Home Meds: _____ Maxide

PMH: _____ HTN

### AGE SPECIFIC CARE        47 ♂

**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No    Age at onset? _____ Regular ☐ Yes ☐ No)

**>85 yrs (Older Adult)**

Assisting Devices: ☐ None ☐ Yes (list): _____

Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

### PLAN OF CARE

| Problems | Intervention |
|---|---|
| ☑ Anxiety/Fear | ☐ Nutrition (refer to Dietitian) | ☐ Sling/Splint |
| ☐ Body Temp. Alt. In | ☑ Knowledge Deficit | ☐ Teaching |
| ☐ Comm. Alt In | ☐ Neuro Status | ☐ Labs |
| ☐ Coping Alt. In | ☑ Physical Mobility | ☐ X-Ray |
| ☐ Elimination Alt. In | Impairment | ☑ Meds As Ordered |
| ☑ Fluid Vol. Def/Ex | ☐ Resp. Function Alt | ☐ O₂ |
| ☑ Infection Potential | ☐ Skin Integrity. Alt. In | ☐ Other: |
| ☐ Domestic Violence | ☐ Abuse/Neglect | |
| (refer to Case Mgmt.) | ☐ Cultural/Religion | |
| ☑ Pain | ☐ Language | |
| ☐ Other | | |

Time To Tx
Area: **2206**    Rm # **CRB**

NKDA

LMP:

*(Triage section, right column):*

**TRIAGE CATEGORY** (Circle one)
1) RED - Immediate    2) YELLOW - Urgent    3) GREEN - Non-Urgent

| B/P | Pulse | Resp | Temp | SaO2 | Pain | ☐ See T-sheet |
|---|---|---|---|---|---|---|
| 117/64 | 15 | 977 | 100 | Other: | | |

Injury left index finger — Wound
came down on finger, Tip off —
brought in bag of glass — 1½ PT

Arrived via: ☑ Car ☐ Ambulance ☐ Other _____

Pre Hospital Care: ☐ O₂ _____ ☐ IV _____ ☐ Splints _____ N/A
☐ ASA _____

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☑ NAD | ☑ Warm | ☑ Unlabored | ☑ Regular | ☑ Alert |
| ☐ Mild Distress | ☐ Hot | ☐ Clear Bilat | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Approp |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |
| **Skin Color** | **Skin Moisture** | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☑ Pink | ☑ Dry | ☐ Crackles | **Neuro Status** | ☐ Unresponsiv |
| ☐ Flushed | ☐ Diaphoretic | ☐ Apneic | ☑ Normal | ☐ Tearful |
| ☐ Pale | **Gait** | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Ashen | ☑ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Cyanotic | ☐ Unsteady | ☐ Stridor | ☐ Aphasia | ☐ Disoriented |
| ☐ Jaundiced | Visual Acuity: O.S.: _____ O.D.: _____ O.U.: _____ |

☐ Animal Control    ☐ PT
☐ DHR Referral      ☐ Dietitian
☐ Police

Weight: 18 pt ☐ stated / measured
Triage Date 8/3/5 Time 2155
Nurse
Signature: RWilliamson RN

### ☐ TILT TEST

○— B/P: _____ P: _____
○  B/P: _____ P: _____
○  B/P: _____ P: _____
   Time Performed: _____

### NURSES NOTES    ☐ SEE FLOW SHEET

2225 HAND TRAY REQUESTED FROM SURGERY _____ NB ew
2330- Dr. Gutierrez @ bedside                    RWillia

### PHYSICIAN'S ORDERS

| Medication | Dose | Route | Time Admin | Site | Comments | Signature |
|---|---|---|---|---|---|---|
| Ancef | 1g | IM | 0005 | Rt D3 | | RWilliamson |
| | | | | | | |

*(handwritten notes):*
metal finger splint, bulky dressing & secured c
sling                                    RWilliamson RWilliamson

### M.D. ORDERS (per BMC Protocol)

| | Time Performed | Site | Size | Comments | Signature |
|---|---|---|---|---|---|
| O2 | | | | | |
| IV | | | | | |
| NGT | | | | | |
| Foley / Quick Cath | | | | | |
| Set up Laceration Tray/ Lumbar puncture | | | | | |
| Accucheck | | | | | |
| Splint | | | | | |
| Pulse Ox | | | | | |
| Tetracaine and Stain | | | | | |
| Pelvic exam set up | | | | | |
| Cardiac | | | | | |

### DISCHARGE

Date 8/3/5   Time 0130

**VITAL SIGNS**

| B/P | T | P | R | O₂Sat | Pain |
|---|---|---|---|---|---|

☑ Patient education provided on discharge instructions

### DISPOSITION           EXIT VIA
☑ Home                    ☑ Walk
☐ Admit to Rm#:
☐ Surgery                 ☐ WC
☐ Transfer to:
☐ EXP                     ☐ Ambul
☐ AMA          **ACCOM. BY**
☐ LWT                     ☐ Self
☐ SNF                     ☐ Fam/F:
☐ Other                   ☐ Police
☐ M.D. Office             ☐ Other

Physician Signature: _____

EXTENDER

Certified Medical Emergency
☐ Yes ☐ No

FORM ER 16002 REV. 02/17/05

B0521500836  DIXON,LARRY
DOB: 10/31/57  Age:47Y  MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ,CARLOS M

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) ne
1 of 1
23b
Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Laceration Procedure Notes**

## Wound Description #1
Wound: (L) index
Size: 4 -cm
**Distal NVT:**
__sensation intact  __vascular intact  __tendon intact

**Depth / shape / contamination:**
__superficial __linear __irregular __*flap
__SQ __nail avulsed __stellate
__muscle __contused tissue
__clean
✓contaminated minimally / moderately / *heavily
   with dirt gravel grease ink _____

**ANESTHESIA**
✓local __LET / TAC ✓digital block _____ 6 cc
__lidoc 1% 2%  epi / bicarb __marcaine .25% .5%

**WOUND PREP AND REPAIR**
✓Hibiclens / Betadine __foreign material removed
__Betadine to skin     partially completely
✓wound cleanser     minimal / mod. / *extensive
✓irrigated / washed w/ saline __debrided
  moderate / *extensive     minimal / *mod. / *extensive
✓wound explored __undermined
               minimal / mod. / *extensive

Wound closed with: wound adhesive / steri-strips _____
**SKIN**
#___ 3-0 ___ nylon / prolene / vicryl / staples _____
__interrupted __running __simple __mattress ( h / v )

**SUBCUTANEOUS / MUCOSA**
#___ ___-0  vicryl / silk _____
__interrupted __running __simple __mattress ( h / v )

**FASCIA / MUSCLE / TENDON**
#___ ___-0 vicryl / _____
__interrupted __running __simple __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised __nail reattached #___ ___-0 vicryl /

**OTHER**
__retention suture placed

## Wound Description #2
Wound: _____
Size: ___ -cm
**Distal NVT:**
__sensation intact __vascular intact __tendon intact

**Depth / shape / contamination:**
__superficial __linear __irregular __*flap
__SQ __nail avulsed __stellate
__muscle __contused tissue
__clean
__contaminated minimally / moderately / *heavily
   with dirt gravel grease ink _____

**ANESTHESIA**
__local __LET / TAC __digital block _____ cc
__lidoc 1% 2%  epi / bicarb __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine __foreign material removed
__betadine to skin     partially completely
__wound cleanser     minimal / mod. / *extensi
__irrigated / washed w/ saline __debrided
  moderate / *extensive     minimal / *mod. / *extensi
__wound explored __undermined
               minimal / mod. / *extensiv

Wound closed with: wound adhesive / steri-strips _____
**SKIN**
#___ ___-0 nylon / prolene / vicryl / staples _____
__interrupted __running __simple __mattress ( h / v )

**SUBCUTANEOUS / MUCOSA**
#___ ___-0  vicryl / silk _____
__interrupted __running __simple __mattress ( h / v )

**FASCIA / MUSCLE / TENDON**
#___ ___-0 vicryl / _____
__interrupted __running __simple __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised __nail reattached #___ ___-0 vicryl /

**OTHER**
__retention suture placed

*may indicate intermediate repair.  *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

x_____MD / DO  x_____MD / DO
   Resident                    Attending
☐Chart review, Patient interviewed, Medical Decision Making, and Examined by
Physician.
PRINTED BY: d886384  DATE 5/18/2007

# )NSCIOUS SEDATION PROCEDURE NOTE

:_____

cations-          __laceration    __shoulder dislocation
                  _____
                  _____
                  __see nurses record for monitoring / vital signs
                  __last meal_____time:_____
                  _____

paration-         __procedure explained _____
                       to patient    to parent / guardian
                  __consent signed (if applicable) _____
                  __pulse oximeter  _____
                  __oxygen _____ (if applicable)
                  __IV access  (if applicable) _____
                  __suction (if applicable) _____
                  __cardiac monitor  (if applicable) _____
                  __constant attendance  (if applicable) _____
                  _____
                  _____

sical Exam-

/AY               __difficult facial / neck anatomy_____
il anatomy        _____

/ RESP            __respiratory distress_____
il heart sounds   __wheezing / rales._____
il breath sounds  _____
RO                __lethargic_____
rt                __anxious_____
٨D                __distress  mild / moderate / severe_____
iponsive          __confused / disorientated_____
                  __unresponsive_____
                  _____
                  _____
                  _____

ation-   PO:           __versed_____
                       __fentanyl lollipop_____
                       __ketamine_____
                       _____
                       _____
                       _____

         RECTAL:       __versed_____
                       __chloral hydrate_____

         PARENTERAL:   __versed_____
                       __fentanyl_____
                       __ketamine_____
                       __brevital_____
                       _____

| | |
|---|---|
| **Response during procedure-** | __light  __moderate  __heavy  sedation |
| | __vital signs stable_____ |
| | __oxygenation stable_____ |
| | __maintained airway well during procedure |
| | __handled secretions adequately_____ |
| | _____ |
| | _____ |
| | _____ |
| **Complications during / after procedure-** | __none_____ |
| | __vomiting_____ |
| | __apnea_____ |
| | __airway compromise_____ |
| | __O2 desaturation_____ |
| | __hypotension_____ |
| | __new neurologic problems_____ |
| | __agitation_____ |
| | _____ |
| | _____ |
| | _____ |
| **Reversal-** | __none_____ |
| | __narcan_____ |
| | __romazicon_____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Mental Status after procedure-** | Appearance_____ |
| | __Alert  __Lethargic  __Anxious_____ |
| | Distress_____ |
| | __NAD  __mild  __moderate  __severe |
| | Response To Verbal Stimuli_____ |
| | __confusion / disorientation_____ |
| | __unresponsive_____ |
| | _____ |
| | _____ |
| | __patient returned to pre-procedure baseline |
| | __alert prior to discharge_____ |
| | _____ |
| | _____ |

x_____MD / DO  x_____MD /DO
              *Resident*                          *Attending*

☐ *Ilx review. Patient interviewed. Medical Decision Making  and Examined by Physician.*

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) ne

**BO521500836**   DIXON, LARRY
DOB: 10/31/57   Age:47Y  MR #:585426
Admit Date/Time: 08/03/05   2200P
2328 GUTIERREZ, CARLOS M

09   Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Hand or Wrist Injury    (4)**

I of I

DATE:_____ TIME:_____ ROOM:_____ ___ EMS Arrival
HISTORIAN: __patient __spouse __paramedics_____
___ HX / __EXAM UNOBTAINABLE 2° TO:_____

**HPI**   chief complaint: ~Injury to~ right / ~left~
    hand  wrist  forearm  elbow  arm
    thumb  index f.  middle f.  ring f.  small f.
**duration / occurred:**          **where:**
__just prior to arrival       __home      __school
__today_____           __neighbor's  __park
__yesterday_____         __work      __street
___ days PTA           _____ (a.)_____

**context:** __fell  __blow  __incised  __crushed  __burn
_____
_____
_____

**severity of pain:** __mild  __moderate  __severe
**location of injury:**
R.  UE  hand  palm  fingers
L.  UE  hand  palm  fingers

**PAST HX** __negative  R / L HANDED __prior injury
__HTN __DM __other problems_____
Meds- __none / __see nurses note_____
Allergies- __NKDA / __see nurses note_____
**SOCIAL HX** _____
**FAMILY HX** _____

___ HX / __EXAM UNOBTAINABLE 2° TO:_____
**ROS** __all systems neg except as mkd
NEURO    SKIN
__tingling / numbness distally    __suspected FB ( skin lac)
MS    CONST
__painful / unable to bear weight    __recent illness

□ Nursing Assessment Reviewed □ Vitals Reviewed □ Tetanus immun. UTD
**PHYSICAL EXAM** __Alert
Distress- __NAD __mild __moderate __severe
**HAND**    __see diagram
__nml inspection  __tenderness  soft-tissue / bony
__non-tender    __swelling / ecchymosis_____
          __limited ROM_____
            due to:  pain / functional deficit
          __deformity_____
          __nail injury_____
          __complete __partial avulsion  subungal hematoma

**WRIST**
__nml inspection    __see diagram
__non-tender    __tenderness  soft-tissue / bony
__nml ROM    __tenderness in anacomical snuff box____
          __wrist pain on axial thumb load_____
          __swelling / ecchymosis_____
          __limited ROM_____
          __deformity_____

T = Tenderness
S = Swelling
E = Ecchymosis

**NEURO**    ___ digital nerve deficit_____
__sensation intact    decreased fine touch  abnml 2-point discr
__motor intact    __median nerve deficit_____
          sensory deficit·  lat. 3 ½ fingers / lat palm
          motor deficit·  pronation / thumb flexion
              index & middle finger flexio
     __ulnar nerve deficit_____
          sensory deficit·  med. palm / med. 1½ fi
          motor deficit·  thumb adduction / fingers ad
     __radial nerve deficit_____
          motor deficit·  wrist drop / thumb extens

**VASCULAR**    __pallor / cool skin / abnml cap refill____
__no vascular    __pulse deficit  radial  ulnar  ___  ___
compromise

**TENDONS**    __tendon visualized / injury seen____
__tendon function    extensor  flexor  complete  partial
normal
          __deficit in tendon function_____
          limited extension  limited flexion

x_____    _____ RN / PA / NP
PRINTED BY: a886384  DATE 9/_____   HISTORY  RN / PA / NP sign after recording history; physician initial
                    after reviewing with patient and confirming or revising all elements.

## REARM / ELBOW / ARM
- ninjured __ see diagram ____
- above wrist __ tenderness  soft-tissue / bony ____
  - __ swelling ____
  - __ ecchymosis ____
  - __ deformity ____
  - __ limited ROM ____

**IN**
rarm, dry __ diaphoretic / cool / cyanotic ____

## AD / ENT
- ml inspection __ tenderness ____
- haryx nml __ swelling / ecchymosis ____

## CK / BACK
- ml inspection __ tenderness ____
- on-tender __ swelling / ecchymosis ____

## EST
- p resp distress __ tenderness ____
- an-tender __ swelling / ecchymosis ____
- eath snds nml

## STROINTESTINAL
- on-tender __ tenderness / guarding ____
- o organomegaly

## AYS
☑ Interp. by me  ☐ Reviewed by me  ☑ Discsd w/ radiologist

L ) hand   wrist   forearm  _*index*_  finger
- rmal / NAD __ DJD ____
- o fracture __ dislocation ____
- nl alignment __ soft-tissue swelling ____
- o foreign body __ foreign body ____
  - ☑ fracture ____

*complete amputation*
*(+) index finger*
*fracture distal phalanx*

er   study:  ____

e separate report

## CEDURES:
- int __ Velcro  OCL / Ortho-glass / Plaster   Aluminum-foam ____
- __ Volar  Thumb spica  Ulnar  Wrist  Sugar-Tong  Cock-up  Colles
- applied by ED Physician / Orthopedist / Tech
- examined post splint application   NV intact / alignment good
- ed: Neurovascular exam post application of splint or cast
- gers buddy-taped
- ital block   lidocaine 1% __ cc   marcaine 0.25%  0.5% __ cc
- ungual hematoma drained using electrocautery
- eign body removed   with forceps   with incision

## LABS and PROGRESS

| CBC | Chemistries | |
|---|---|---|
| normal except | normal except | CO2 ____ |
| WBC __ | BUN __ | Ca ____ |
| Hgb __ | Creat __ | Bilirubin ____ |
| Hct __ | Gluc __ | Magnesium __ |
| Platelets __ | Alk Phos __ | BNP __ |
| segs __ | Cl __ | D-Dimer ____ |
| bands __ | ALT __ | |
| lymphs __ | AST __ | |
| monos __ | Na __ | |
| eos __ | K __ | |

Re-evaluation time ____ __ unchanged __ improved __ re-examined
Re-evaluation time ____ __ unchanged __ improved __ re-examined
Re-evaluation time ____ __ unchanged __ improved __ re-examined

(AERAS) ~~Critical Care~~ Dictation

__ use template #23b for Laceration Repair ____
TREATMENT: ____
MEDICAL DECISION: ____
Fracture Care: Follow up with orthopedic within 48 hours
☑ Rx given ____
☑ Follow up with ____
__ referred to / discussed with Dr ____
will see patient in:   office / ED / hospital in ____ days

## CLINICAL IMPRESSION:      Fall    Alleged Assault
- Contusion  R (L) wrist  hand
  - thumb  index f.  middle f.  ring f.  small f.
- Hematoma
- Laceration   MP  PIP  DIP  joint
- Sprain / Strain / Dislocation
- Fracture  R / (L) radius  distal / shaft / proximal
  - ulna  prox / shaft / distal / styloid   Colles' fx
  - metacarpal fx  # 5  4  3  2  1
  - phalanx  #  5  4  3  2  thumb
    - prox / middle / distal / tuft

DISPOSITION- ☑ home  ☐ admitted  ☐ transferred
CONDITION- ☐ unchanged  ☑ improved  ☐ stable

x ____ MD / DO   x ____ MD / DO
   Resident                    Attending
Hx review, Patient interviewed, Medical Decision Making and Examination
Physician.

PRINTED BY: d886384      DATE 9/18/2007
injury - 09

RightFax          9  3/2007 12:24    PAGE 11/19    RightFax

B0521500836    DIXON,LARRY
DOB: 10/31/57    Age:47Y    MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ, CARLOS M

Baptist Health
**Emergency Room**
**Discharge Instructions**                    Page 1 of 1

DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location **South** |

## MEDICINES PRESCRIBED    If non check this box: ☐    VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND

| Name/Strength | Number | Schedule/Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. CEPHALEXIN 500mg + PO 96 Tab (12) | | | 0 | |
| 2. | | | ☒ | |
| 3. T19/07 + T1 PO Q4 96 prn (10) | | | ☐ | |
| 4. | | | ☐ | |
| 5. | | | ☐ | |

### INSTRUCTION SHEET(S) GIVEN
| ☐ Asthma | ☐ Crutches | ☐ Head Injury | ☐ Threatened Ab | Return for signs of infection |
| ☐ Back Pain | ☐ Fever | ☐ Otitis Media | ☐ Vomiting / Diarrhea | > Redness |
| ☐ Cast / Splint Care | ☐ Fracture | ☐ Sprains / Bruises | ☐ Wound Care | > Swelling |
| | | ☐ STD | ☐ Other(s) | > Drainage |
| | | | | > Heat |

Additional Instructions: _____ sutures out 10-14 day

Referred to Dr: Chong / ortho.

Phone: 260-2288

☐ Call on next business day for follow-up appointment
in _____ days / weeks    ☐ next available

☐ Return to Emergency Dept. in _____ hours / days for recheck
☐ If no improvement or your condition worsens, call your private physician
or return to the Emergency Department for a recheck.
☐ Learning needs assessed    ☐ Instructions Modified: _____
☒ Education provided on new medication _____

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided

☐ Patient
☐ Relative
☐ Other

X LARRY C. DIXON

Time Released > | 0 | 1 | 3 | 0 | H

Instructed By: R Williamson RN

Physician:

### WORK/ SCHOOL STATEMENT from the Emergency Department
| Patient Name | Date |

☐ Patient was seen by Dr.
☐ No athletics / physical education: _____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: _____ days*
☐ Must be reevaluated by family / occupational physician before
returning to school / work.

☐ May return to restricted duties for _____ days:
Restrictions: _____
☐ ------------------------- was here with relative/ child
☐ Other: _____

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician unless otherwise stated.

PRINTED BY: 3896384          DATE 9/3/2007

BSB-0082 (06)

RightFax          9  8/2007 12:24    PAGE 13/19 (  RightFax

08/03/2005  22:33    3337

| | 1ERQ | PAGE  01 |

E: DIXON, LARRY
  585426        EXAM9: DX-05-0086524
E: 08/03/2005 AGE: 47 Y
: 10/31/1957  SEX: M
TIST SOUTH
5 West South Boulevard
tgomery, Alabama 36116

NAME: DIXON, LARRY
LOC: B-Emerge...    RM/BD:
SEX: M            AGE:  47 Y
METHOD: Wheelchair PRIORITY: Sta

SPECIAL EQUIPMENT

80521500936     DIXON,LARRY
DOB: 10/31/57   Age: 47Y  MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ,CARLOS M

EXAM: DX Hand Complete Left

ME: **DIXON, LARRY**
B: 10/31/1957
AM DATE/TIME: 08/03/2005 22:16
TRY DATE: 08/03/2005
TERED BY: Diffly, Diane A
ASON/DIAGNOSIS: finger cut bad  cr a
N:
EATININE:
:
ECIAL EQUIPMENT AND INDICATION:

PRIORITY: Stat
MR#: 585426
AGE: 47 Y
SEX: M
ORDERING MD: Gutierrez, Carlos M, MD
ATTENDING MD: Gutierrez, Carlos M, MD

PREVIOUS EXAM: Gutierrez, Carlos M, MD

OTHER EXAMS ORDERED TODAY:

MMENTS:

NM AUTHORIZED USER:

DX-05-0086524

ME: **DIXON, LARRY**
#: 585426
B: 10/31/1957
DERING MD: Gutierrez, Carlos M, MD
ASON/DIAGNOSIS: finger cut bad  cr a
AM DATE/TIME: 08/03/2005 22:16
[ORITY: Stat
AM: DX Hand Complete Left
CMENTS:

LOC: E-Emergency Dep RM/BD:
AGE:  47 Y          SEX: M

DX-05-0086524

F/U amputation
distal 2nd phalange

PRINTED BY: d886384      DATE 9/18/2007

RightFax                9( /2007 12:24   PAGE 14/19  | ightrax
Baptist Medical Center South        RADIOLOGY
Name:   DIXON, LARRY        DOB:  10/31/1957
MR:   B000585426           Acct:  B0521500836
AdmPhys:  Gutierrez, Carlos M, MD
Admit date:  8/3/2005            Discharge date:  8/4/2005

### RADIOLOGY

| Procedure Name: | Accession Number: | Procedure Date/Time: | Ordering Physician: |
|---|---|---|---|
| DX Hand Complete Left | DX-05-0086524 | 8/3/2005 10:30:53 PM | Gutierrez, Carlos M, MD |

Reason For Exam:
finger cut bad  cr a

FINDINGS
LEFT HAND COMPLETE:

There is amputation at level of the mid portion of the distal phalange of
the index finger. There is a comminuted fracture of the residual distal
phalange.

IMPRESSION:   FRACTURE AMPUTATION DISTAL PHALANGE INDEX FINGER.

ELECTRONICALLY SIGNED BY: Ng, Roland, MD.

TECHNOLOGIST:   TLI
TRANSCRIBED DATE AND TIME:   08/03/2005 22:39
TRANSCRIPTIONIST:   MEF

%%END

RightFax            9( )/2007 12:24    PAGE 12/15 (  rghtrax
EMERROOM%%
BAPTIST HEALTH
2328
DIXON,   LARRY ""
B0521500836
B000585426


Patient with a left index distal phalanx amputation with obvious exposed
bone.   The patient received a digital block with good anesthetic effect.
The bone was rongeured.  Area was cleansed.   Irrigated copiously.
Debrided and a running suture was used to close the flap. The patient
tolerated the procedure well.  Area was dressed with Adaptic and bulky
Kerlix roll with a protective aluminum splint.

IMPRESSION:     Rongeur and wound repair of a complete distal phalanx
amputation.




CARLOS GUTIERREZ, M.D.

CG/ / dm
D:  08/04/2005
T:  08/04/2005


D: 08/04/2005
T: 08/04/2005
dm
Authenticated by CARLOS M. GUTIERREZ, MD On 8/09/05 7:11:52 AM

Rightrax              g  5/2007 12:24    PAGE  9/15 |  ightrax

# AERAS Physicians



B0521500836        DIXON,LARRY
DOB: 10/31/57      Age:47Y  MR #:585426
Admit Date/Time: 09/03/05        2200P
2328 GUTIERREZ, CARLOS M

| TEST | SYMPTOMS | | |
|---|---|---|---|
| **Urinalysis**<br>CC<br><br>Cath | Abdominal Pain<br>Diabetes<br>Dysuria<br>Edema<br>Fever | Flank Pain<br>Hematuria<br>Hesitancy<br>Hypertension<br>Known Kidney Disease | Long Term Medications<br>Nocturia<br>Pelvic Pain<br>Trauma to Kidney/Urinary Tract<br>Other_____ |
| **Chest X-ray**<br><br>Portable_____<br><br>Standing PA/Lat__ | Adnormal Sputum<br>Abnormal Weight Loss<br>Abnormal X-ray<br>Chest Pain<br>Clubbing of Fingers<br>Coma | Cough<br>Cyanosis<br>Fever<br>Hemoptysis<br>Palpitations | Respiratory Infection<br>Respiratory Distress<br>Shock<br>Other_____ |
| **CTHead/Brain**<br><br>Without Contrast ___<br><br>With & Without ___ | Closed Head Injury (Concussion)<br>CVA/TIA<br>Delirium/Dementia<br>Headache (excluding Migraine)<br>Penetrating Trauma | Occlusion of Artery<br>Seizure<br>Sinusitis (Chronic)<br>Stroke<br>Suarachnoid/Intracerebral Hemorrhage | Suspected Metastasis<br>Syncope/Collapse<br>Other_____ |
| **CT Abdomen/Pelvis**<br>Oral Contrast_____<br>IV Contrast_____<br>Rectal Contrast____<br>Stone Search_____ | Abdominal Pain<br>Abdominal Rigidity<br>Abdominal Swelling<br>Abdominal Tenderness<br>Aneurysm<br>Ascites | Blunt/Penetrating Trauma<br>Edema<br>Extravasation of Urine<br>Fever<br>Hepatomegaly/Spenomegaly<br>Injury to Blood Vessels | Infection, Post OP<br>Internal Injury (Thorax, Abd. & Pelvis)<br>Liver Disease<br>Renal Colic<br>Other_____ |
| **Ultrasound**<br>Complete Abdomen___<br>RUQ (GB) _____<br>Pelvic_____<br>Obstetrical_____ | Abdominal Pain<br>Addominal Tenderness<br>Abnormal X-ray<br>Ascites<br>Abdominal Swelling<br>Abdominal Mass | Colic<br>Flank Mass<br>Flank Pain<br>Flank Tenderness<br>Hepatomegaly/Splenomegaly | Pelvic Pain<br>Pelvic Mass<br>Pelvic Tenderness<br>Spleen Mass<br>Other_____ |
| **EKG** | Abnormal Electrocardiogram<br>Arrhythmia<br>Cardiac Arrest<br>Chest Pain<br>Dizziness<br>Dyspnea | High Risk Medication(s)<br>Hypertension<br>Hx. HTN<br>Hx. Renal Disease<br>Hx. Valvular Disease<br>Pupitations | Respiratory Insufficiency<br>Shock<br>Syncope/Collapse<br>Tachycardia<br>Other_____ |

Other Test(s): _Lt. Hand X ray R_                Symptom(s):

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

Physician's Signature: _____    Date: _____
NP/PA Signature: _____        Nurse Signature: _____

PRINTED BY: d88 8984        DATE: 09/03/2007
*Proprietary:* AERAS/Prime Care
Copyright © Alabama Emergency Room Administrative Services, P.C. 10/02

rightrax                    8  8/2007 12:21    PAGE 10/15 (  rightrax

# AERAS Physicians

B0521500836    DIXON,LARRY
DOB: 10/31/57    Age:47Y    MR #:585428
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ CARLOS M

| TEST | SYMPTOMS | | |
|------|----------|---|---|
| **ABG's** | Acute Asthma (unstable)<br>Acidosis<br>Alkalosis<br>Burns to Face<br>Cardiopulmonary Arrest<br>CHF | COPD<br>Dyspnea (unexplained)<br>Hypoventilation<br>Morbid Obesity<br>Multiple Trauma<br>Noxious Gas Inhalation | Pleural Effusion<br>Pneumonia<br>Pneumothorax<br>Pulmonary Embolus<br>Respiratory Distress<br>Other____ |
| **Basic Metabolic Panel** (Chem 7) | Complications related to Pregnancy<br>Diabetes Complicatons<br>Dizziness/Giddiness<br>Drowsiness | Edema<br>Febrile Convulsions<br>Glomerulonephritis<br>Hypertensive Disease | Hypoglycemia<br>Long term use of Medications<br>Seizure (Convulsion)<br>Other____ |
| **CBC** | Abdominal Pain<br>Abnormal Bleeding<br>Blood Loss - Hemorrhage<br>Cills<br>Epistaxis<br>Fatigue/Malaise<br>Fever | Flank Pain<br>Infection<br>Hemoptysis<br>High Risk Medication(s)<br>Lethargy<br>Long-Term Medications<br>Lymphadenopathy | Malnutrition<br>Pallor<br>Postural Dizziness<br>Short of Breath - Apnea<br>Splenomegaly<br>Weakness<br>Weight Loss<br>Other____ |
| **Digoxin** | Arrhythmia (A-Fib/A-Flutter/Aberrancy<br>Concomitant Use of Interacting Drug<br>CHF | Digoxin Toxicity<br>anorexia, nausea, vomiting, diarrhea<br>abdominal pain, HA) | High Risk Patient<br>Long-term Medications<br>Other____ |
| **Electrolyte Panel** | Acidosis<br>Alkalosis<br>CHF<br>Coma<br>Diabetes<br>Diarrhea | Dehydration<br>Dizziness<br>Drowsiness<br>Edema / Ascities<br>Hypertension<br>Long Term Medication(s) | Malnutrition<br>Nausea / Vomiting<br>Pulmonary Edema<br>Seizure<br>Other____ |
| **Magnesium** | Abnormal Weight Loss<br>Arrhythmia(s)<br>Chronic Alcoholism<br>Coma<br>Convulsion<br>Diabetic Acidosis<br>Diuretic Therapy | Drowsiness<br>Drug Abuse<br>Fatigue/Malaise<br>Hyocalcemia<br>Hypokalemia<br>Long Term Medication(s)<br>Muscular Paralysis | Pre-eclampsia<br>Shock<br>Syncope<br>Tetany<br>Tremor<br>Other____ |
| **PT** | Acute MI<br>Acute Pancreatitis<br>A-Fib/A-Flutter<br>Anemia<br>Coumadin Therapy<br>DIC | Epistaxis<br>GI Bleeding<br>Hematuria<br>Hemorrhage<br>Hepatitis<br>Liver Failure | Long Term Antibiotics<br>Poisoning by Anticoagulant<br>Unstable Angina<br>Vitamin K Deficiency<br>Other____ |
| **Troponin**<br>**CK**<br>**CKMB** | Abnormal Electrocardiogram<br>ACS (Angina, Unstable Angina,Acute MI)<br>Apnea/SOB/Wheezing | Arrhythmia/Tachycardia<br>Chest Pain<br>Injury to Thorax, Abdomin, Pelvis | Respiratory Distress insuffieny<br>Other____ |



**Baptist** HEALTH

# ER CHARGE RECORD



B0521500836          DIXON,LARRY
DOB: 10/31/57      Age:47Y   MR #:585426
Admit Date/Time: 09/03/05          2200P
2328 GUTIERREZ CARLOS M

DATE: _____

| CODE | | DESCRIPTION | CODE | | DESCRIPTION | CODE | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 500 | | ED Level 1 | 505 | | ED Level 1 w/procedure | | | |
| 501 | | ED Level 2 | 506 | | ED Level 2 w/procedure | | | |
| 502 | | ED Level 3 | 507 | | ED Level 3 w/procedure | | | |
| 503 | | ED Level 4 | 508 | | ED Level 4 w/procedure | | | |
| 504 | | ED Level 5 | 509 | | ED Level 5 w/procedure | | | |

| PROCEDURES: | | | | CRITICAL CARE 1st 30-74 MN w/ Pro |
|---|---|---|---|---|
| | | | | CRITICAL CARE Ea Add 30 MN w/ Pro |
| | | | 600 | ED Misc |

| CODE | Qty | DESCRIPTION | CODE | Qty | DESCRIPTION | CODE | Qty | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | **ED SUPPLIES** | | | **DRESSINGS** | | | **ORTHOPEDICS** |
| 1212 | | Airway Nasal | 94 | | ABD dressing | 203 | | Air Stirrup |
| 204 | | Bard Hyman Follower Tray | 1375 | | Adaptic, all sizes | 850 | | Bandage, Ace, all sizes |
| 817 | | Blood Warmer, Hot Line | 201 | | Eye Patch | 1149 | | Brady Balance Splint |
| 1233 | | Cath, Chest, Thoracic, all sizes | 117 | | Eye Shield, Fox | 1015 | | Cast Boot |
| 1026 | | Cath, Chest, Trocar, all sizes | 935 | | Gauze, Iodoform, all sizes | 1034 | | Cast, Fiberglass, all sizes |
| 205 | | Cath, Gastro, Triple Port | 938 | | Gauze, Vaseline, all sizes | 10 | | Cast, Plaster, all sizes |
| 1259 | | Catheter, suction, all sizes | 464 | | Gauze, Xeroform, all sizes | 207 | | Clavicle Strap, Meek |
| 1027 | | Connector, "Y" | 213 | | Glascock Ear Dressing | 902 | | Collar, Cervical, Foam, all size |
| 1227 | | Connector, 5 in 1 | 151 | | Kerlix, all sizes | 897 | | Collar, Philadelphia, all size |
| 202 | | Defib Electrodes | 945 | ① | Kling, all sizes | 447 | | Gardner Wells Tongs |
| 32 | | E.T. tube, all sizes | 1055 | | Spandex bandage | 216 | | Knee Support, Neoprene |
| 605 | | Gastric Lavage/Conven kit | 152 | | Sterile-Strips, all sizes | 2649 | | Post-op Knee Splint, 19" |
| 212 | | Gastrostomy Tube, MIC | 321 | | Subclavian CVP dressing | 173 | | Post-op Knee Splint, 24" |
| 25 | | Logan Bow | 725 | | Tegaderm, all sizes | 52 | | Post-op Shoe |
| 1260 | | LTA Kit | 90 | | Telfa, all sizes | 834 | | Rib Belt |
| 217 | | Morgan Lens | | | **IV SUPPLIES** | 853 | | Ring Pads, Brady Splint |
| 14 | | Nasal Balloon, Epi-Tec | 452 | | CVP Manometer | 1103 | | Shoulder Immobilizer, all |
| 15 | | Nasal Balloon, Noz-Stop | 206 | | Catheter, triple lumen | 1169 | | Sling & Swathe, Universal |
| 218 | | Nasal Packing | 1053 | | Dial a flow | 982 | | Sling, all sizes |
| 16 | | Nasal Splint, Alumafoam | 1959 | | Huber needle | 1256 | | Splint, Clavicle, all sizes |
| 28 | | Pacemaker Cart | 1422 | | IV Start Kit | 21 | | Splint, finger, all sizes |
| 220 | | Pacing Electrode, Adult | 214 | | Intraosseous Needle | 40 | | Splint, plaster, all size |
| 221 | | Pacing Electrode, Child | 2702 | | Life Shield Connector | 230 | | Wrist Splint, cock-up |
| 750 | | Pressure Infusor bag, Disp. | 1078 | | Needle, Insyte, all sizes | 91 | | Una Boot |
| 552 | | Probe, Pulse Ox | 1054 | | PRN Adaptor | | | **GU SUPPLIES** |
| 226 | | Pulsavac Wnd Irrigation set | 791 | | Set, all IV tubing | 2753 | | BARD Urologist Tray |
| 222 | | Rhinorocket Nasal Pack | 780 | ② | Solution, all types | 1016 | | Bag, 2, 3 or 4 liter |
| 1276 | | Scapel, all sizes | 816 | | Solution, 20% Mannitol | 1066 | | Catheter, 3-way, all sizes |
| 223 | | Skin Stapler | | | **TRAYS** | 197 | | Catheter, Coude, all sizes |
| 225 | | Stat Pads Multi-Electrode | 112 | | Filliform and Follower Tray | 1051 | | Catheter, Foley, 5cc, all size |
| 1267 | | Suction, Yanker | 1600 | ① | Laceration Tray | 871 | | Catheter, Malacot, all sizes |
| 227 | | Surgical | 313 | | Lumbar Puncture, all sizes | 664 | | Catheter, Red Rubber, all size |
| 708 | | Thor-a-klex | 1132 | | Prep Tray, disp | 715 | | Cysto Irrigation Set |
| 228 | | Trauma Kit, Arrow | 285 | | Suture Removal | 717 | | Leg Bag, urinary |
| 404 | | Tube, Lavacuator | | | **SUTURES** | 716 | | TUR SET |
| 1014 | | Tube, Levin, all sizes | 301 | | sutures silk | 1010 | | Tray, Catheter, comp. all sizes |
| 1183 | | Tube, Salem Sump, all sizes | 302 | 2 | sutures ethilon | 1008 | | Tray, Catheter, straight,all sizes |
| 61 | | Vag Exam Kit | 303 | | sutures vicryl | 1052 | | Quick Cath, female |
| 229 | | Word Catheter | 304 | | sutures prolene | | | **SUTURES** |
| | | | 305 | | sutures chromic | 307 | | sutures plain gut |
| | | | 306 | | sutures monocryl | 308 | | sutures ethibod excel |
| 1266 | | Tray, Chest, Disposable | | | | | | |

① OR Hand Tray
2 10ct sterile 4x4

Rightfax          a   8/2007 12:24    PAGE 16/19   rightfax

08/16/2005 TUE 7:54 FAX 334 567 1538 Staton Health Unit                    @002/0



0521500836
585426

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED
INCORPORATED

## *Authorization for Release of Information*

To: _Baptest South_                          From: _Staton Health core unit_
_____ _ER_ _____                      _____

Patient: _Larry Dixon_                        Inmate ID No.: _138238_
Alias: _____                        Social Security No: _418_ _94_ _8110_
Date of Birth: _10/13/58_                     Date(s) of Service: _____

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representative the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission     [✓] Discharge     [✓] Operative Summary Reports

[✓] X-Ray     [ ] Special Studies Reports     [ ] HIV Test     [ ] T B Test

[ ] Laboratory Reports     [ ] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report     [ ] Substance Abuse Treatment History & Counseling Reports

[ ] Other Records _____ ER visit _ 8/8/05 _____
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Larry C. Dixon_                              _8/12/05_
(Patient's Signature)                         (Date)
_John Pinstrum_                               _8/12/05_
(Witness' Signature)                          (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_John Pinstrum_                               _8/12/05_
(Signature and Title for PHS)                 (Date)

60102 (11/02)

PRINTED BY: d886384     DATE 9/18/2007





**Baptist Health**

# CONDITIONS OF ADMISSION AND CONSENT FOR MEDICAL SERVICES

**CONSENT FOR MEDICAL SERVICES:** I present myself for medical services at Baptist Medical South, Baptist Medical East or Prattville Baptist Hospital, hereinafter "Baptist Health". I consent to such care as my physician orders an all other persons caring for me deem necessary and beneficial. I understand that this care may include examinations, tests, medical and/or surgical treatment. I also understand that such treatment may involve risks and that no guarantees have been made to me about the outcome of this care. I understand that the physicians on the staff are independent contractors, and not employees or agents of Baptist Health. I understand that I have the right, in collaboration with my physician(s), to make decisions involving my health care and to accept care or to refuse treatment to the extent permitted by law and to be informed of the medical consequences of such refusal.

**PERSONAL VALUABLES:** I have been asked/advised to either deposit with the business office or otherwise send home all valuables, including but not limited to money, jewelry, rings and watches. I understand that should I choose to retain some with me, that Baptist Health cannot be responsible for them and I hereby release Baptist Health from any responsibility for the loss of my retained valuables.

**ASSIGNMENT OF BENEFITS AND FINANCIAL RESPONSIBILITY:** I hereby authorize payment of all insurance benefits, basic and major medical, for this period of medical, emergency and/or diagnostic treatments to be made directly to the Baptist Health hospital rendering care, and to all entities contracted with Baptist Health to perform services. I understand that I am financially responsible for all charges not covered by insurance payments, and that all efforts for collection of those benefits are for my convenience and do not represent a guarantee for collection or a credit to my account until such time as payment is received by Baptist Health and the contracted entities. I also assign the benefits payable for physicians' services rendered to me to the physicians or physician group to submit a claim to my insurance company(ies), Medicare and/or Medicaid. I will be responsible for any collection fees, court cost and/or attorney fees incurred while collecting on my account(s). For the purposes of acknowledging this assignment, a copy of this original consent shall be as valid as the original.

**IMPORTANT MESSAGE ABOUT MEDICARE INPATIENT RIGHTS - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of CMS's Important Message About Inpatient Medicare Rights.

**NOTICE OF PRIVACY PRACTICES - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of Baptist's Notice of Privacy Practices.

**CONSENT FOR PRESENCE OF STUDENTS/MEDICAL REPS:**
I hereby consent to the presence of students and/or medical sales representatives, in appropriate circumstances, for the purpose of advancing medical education/techniques

**PATIENT INFORMATION DISCLOSURE:**

___ YES, I opt out of the hospital directory                    ⟨  NO, I want to be in the hospital directory ⟩

While hospitalized, my medical/health information may be released to only (circle all that apply):

spouse                          other relative(s)                    personal representative

members of immediate family     close personal friends               none

Witness: _U.R.W._              Patient or Responsible Party: X _ᒣ C Dixon_

Date: _8/3/05_                 Legal Guardian/Proxy: _____

Reason patient signature was not obtained: _____

_____

CR-B

 **REGISTRATION DATA FORM**
Baptist
HEALTH

## TO OUR PATIENTS: PLEASE COMPLETE THE FOLLOWING AS QUICKLY AS POSSIBLE AND GIVE TO THE RECEPTIONIST. THANK YOU.

**PLEASE PRINT**

PATIENT NAME: _Dixon_        _Larry_
                Last          First          Middle Intitial

ADDRESS: _Elmore Correctional Ctr._

CITY: _Elmore_     COUNTY: _Elmore_     STATE: _al_  ZIP:

HOME PHONE: _567-1460_     SOCIAL SECURITY #: _ATS 1380 38_

DATE OF BIRTH _10/31/57_

FAMILY DOCTOR OR PRIMARY CARE DOCTOR:

WHY ARE YOU HERE TODAY _finger cut off_

ILLNESS: ❑ YES ❑ NO • INJURY: ❑ YES ❑ NO • WORK RELATED: ❑ YES ❑ NO

EMPLOYER: _Ala. Dept. of Corrections_

PRINTED BY: d886384      DATE 9/18/2007

Rightfax          5/ /2007 12:24    PAGE 13/15   Rightfax



Baptist Health
**INSURANCE VERIFICATION**
**FACESHEET**

Registration Date & Time

**08/03/05   2200P**

LOCATION

PAW

Patient
**DIXON,LARRY**

DOB: **10/31/57**

ADM PHY: **2328 GUTIERREZ,CARLOS M**

Acct
**0521500836**

FC: **16**

Patient's Address

**P.O. BOX 56**
**ELMORE     AL 36025**
**(334)567-1460**

Patient's Employer & Phone

Patient's SS#
**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**

Update SS#

Gurantor's Information
**STATON,CORRECTIONAL FACILIT**
**PO BOX 56**
**ELMORE     AL 36025**
**(334)567-1460**

Insurance Information
**PRISON HEALTH SERVICES**

*accident info.*
*tonight @ 8:30*
*@ jail*
*inmates fell on finger*

Relative 1/Emergency Contact
**STATON,CORRECTIONAL FACILITY**
**(334)567-1460**

My signature indicates that I have checked all information and it is correct and/or
made changes to the information that needs correction.

X _____

PRINTED BY: d886384        DATE 9/18/2007      Last Printed:  08/03/2005 23:26:30
RE7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CARL DIXON (AIS # 138238), | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | 2:07-cv-662-WKW |
| vs. | § | |
| | § | |
| CHERYL PRICE, et al., | § | |
| | § | |
| **Defendants.** | | |

## <u>AFFIDAVIT OF CARLOS GUTIERREZ, M.D.</u>

STATE OF ALABAMA

COUNTY OF MONTGOMERY

BEFORE ME, _____, a notary public in and for said County and State, personally appeared **CARLOS GUTIERREZ, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Carlos Gutierrez. I am a medical doctor and am over nineteen (19) years of age. I am personally familiar with all the facts contained herein and base my opinions on my education, training, experience, and knowledge of this case. I have been licensed as a physician in Alabama since 2002, and have been board certified in Emergency Medicine since 2004 I am not employed by Baptist Medical Center South, Prison Health Services, Inc. or the Alabama Department of Corrections

It is my understanding that Larry Dixon (AIS # 138238) is an inmate currently incarcerated at Elmore County Correctional Facility. On August 3, 2005, Mr. Dixon presented to the emergency room at Baptist Medical Center South with a severe



laceration to his left index finger. X-ray evaluation determined that Mr. Dixon had an amputation at the level of the mid portion of the distal phalange with a comminuted fracture at the residual distal phalange. I evaluated the amputated portion of Mr. Dixon's finger (which had been preserved on ice) and determined that reattachment of the tissue was contraindicated due to the severity of the damage and loss of vascularization.

In order to treat Mr. Dixon's open wound, I administered an anesthetic block and rongeured the exposed bone. I subsequently cleansed the wound and used a running suture to close the remaining skin flap. Mr. Dixon tolerated the procedure well. Mr. Dixon's finger was dressed with adaptic and bulky kerlix roll and a protective aluminum splint was used to stabilize the dressing. Ancef (an antibiotic) was prescribed to retard infection

Mr. Dixon was observed overnight and was discharged on August 4, 2005. At discharge, Mr. Dixon was prescribed Cephalexin (an antibiotic) and Tylox for pain. He was provided a referral to Dr. Tai Q. Chung, an orthopedic specialist, for follow-up evaluation. Mr. Dixon consented to receive the medical treatment described above.

It is my understanding that Mr. Dixon has alleged that I failed to repair unspecified finger ligaments due to time constraints associated with a "Air medivek." This allegation is untrue as I have treated Mr. Dixon's amputated finger in an appropriate and timely manner. Mr. Dixon also claims that treatment of his left finger wound was contraindicated based upon his belief that there were no broken bones in his left hand. This allegation is also untrue, as Mr. Dixon's x-ray evaluation clearly showed the existence of a comminuted fracture.

Based on my review of Mr. Dixon's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. At all times, I have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I denied Mr. Dixon any needed medical treatment, nor have I ever acted with deliberate indifference to any serious medical need of Mr. Dixon. At all times, Mr. Dixon's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

CARLOS GUTIERREZ, M.D.

STATE OF ALABAMA        )
                        )
COUNTY OF Montgomery    )

Sworn to and subscribed before me on this the 30th day of October, 2006.

Notary Public
My Commission Expires
MY COMMISSION EXPIRES
8-30-08

3