IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LARRY C. DIXON, #138238 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendant. | ) |

**REPORT TO COURT**
**ON BEHALF OF DEFENDANT BAPTIST MEDICAL CENTER SOUTH**
**PURSUANT TO COURT'S ORDER DATED SEPTEMBER 25, 2007**

COMES NOW Baptist Medical Center South ("Baptist") and pursuant to the Order of the Court entered September 25, 2007, provides the following report regarding the Complaint as follows:

1.    Defendant Baptist is an acute care hospital located in Montgomery, Montgomery County, Alabama operated by The Health Care Authority for Baptist Health, an affiliate of UAB Health System dba Baptist Medical Center South.

2.    A certified copy of the medical records for the treatment rendered to Larry C. Dixon on August 3, 2005, is attached hereto as Exhibit A.

3.    Robin Williamson, RN, was the treating nurse on August 3, 2005, and attached as Exhibit B is Ms. Williamson's statement that she has no personal recollection of this incident, but rendered care to Larry Dixon on August 3, 2005.

4.    The affidavit of Sam Mayercik, RN, BSN, MBA, who is the Director of Emergency/Trauma Services, is attached as Exhibit C. Ms. Mayercik provides a detailed summary of the medical treatment rendered to Larry Dixon on August 3, 2005, which clearly shows the tip of Mr. Dixon's finger was amputated prior to his arrival at the Emergency Department at Baptist Medical Center South.

5.       Defendant Baptist sets forth the following defenses to the allegations made by

Larry C. Dixon in his Complaint:

(1)    Plaintiff's Complaint fails to state a claim against this Defendant upon which
       relief can be granted.

(2)    Plaintiff's Complaint fails to plead a claim of malpractice against this Defendant
       pursuant the requirements of the Alabama Medical Liability Act, ALA. CODE § 6-
       5-551 (1987, *as amended*) and should be dismissed in its entirety.

(3)    Plaintiff's Complaint and each count thereof, separately and severally, fails to state
       a claim or may fail to state a claim against Defendant Baptist upon which relief
       can be granted.

(4)    There is an efficient, intervening cause which isolates Defendant Baptist from
       liability.

(5)     Defendant Baptist pleads the defense of contributory negligence.

(6)    Defendant Baptist committed no act or omission, nor did it breach any duty, that
       caused or contributed in any manner to the injuries and damages complained of by
       the Plaintiff.

(7)    Defendant Baptist denies that it has acted in a negligent or wanton manner that
       caused or contributed to Plaintiff's alleged damages.

(8)    Defendant Baptist states that Plaintiff may have knowingly and voluntarily
       assumed the risk of his own actions.

(9)    The Complaint fails to state a cause of action for negligence and/or wantonness on
       behalf of Plaintiff against Defendant Baptist.

(10)   The award of discretionary, compensatory damages for mental suffering on behalf
       of the plaintiff violates the Fourth, Fifth, Sixth, Eighth and Fourteenth
       Amendments to the Constitution of the United States because there are no fixed
       standards for the ascertainment of compensatory damages recoverable for mental
       suffering. The amount of damage for such a claim is left to the sound discretion
       of the jury with no specific, much less objective standard, for the amount of the
       award. Therefore, the procedure pursuant to which compensatory damages for
       mental suffering are awarded violates the Constitution because:

       A.       It fails to provide a reasonable limit on the amount of the award
                against the defendant, which thereby violates the due process
                clause of the Fourteenth Amendment of the Constitution of the
                United States;

B.    It fails to provide a specific standards for the amount of the award of compensation, which thereby violates the due process clause of the Fourteenth Amendment of the United States Constitution.

C.    It results in the imposition of different compensation for the same similar acts and, thus, violates the equal protection clause of the Fourteenth Amendment of the United States Constitution; and

D.    It constitutes deprivation of property without due process of law required under the Fifth and Fourteenth Amendments of the United States Constitution.

(11)    The award of discretionary compensatory damages for mental suffering to the Plaintiff herein violates the due process clause of Article I, § 6 of the Constitution of the State of Alabama because it fails to provide a limit on the amount of the award against Defendant, it is unconstitutionally vague, it fails to provide specific standard in the amount of the award of damages and, it constitutes a deprivation of property without the due process of law.

(12)    As an affirmative defense to this claim, Defendant **Baptist** asserts the provisions, separately and severally, of the Medical Liability Act of 1987 and specifically plead in defense to this action and asserts the applicability of the provisions of § 6-5-542 through § 6-5-552 of the CODE OF ALABAMA. (1987).

(13)    This Defendant avers as an affirmative defense the provisions of § 6-11-21, ALA. CODE (1975), as amended.

(14)    This Defendant avers as an affirmative defense the limitation of damages as provided under § 6-11-21, ALA. CODE (1975), as amended.

(15)    Plaintiff is not entitled to compensatory or punitive damages.

(16)    Defendant Baptist Medical Center South is a governmental entity pursuant to ALA. CODE § 11-93-1 (1975) and, therefore, is immune from liability and/or has limited liability under the facts and circumstances of this case pursuant to ALA. CODE § 11-93-2 (1975).

(17)    Plaintiff's demand herein for punitive damages violates the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Section 6 of the Constitution of Alabama of 1901. The Plaintiff's claim for punitive damages herein is vague and not rationally related to any legitimate government interests.

(18)    Plaintiff's demand herein for punitive damages violates the Sixth Amendment to the United States Constitution and Article I, Section 11 of the Constitution of Alabama of 1901. The Plaintiff's demand for punitive damages herein is penal in nature and deprives Defendant of the same procedural safeguards accorded to a criminal defendant under said federal and state constitutional provisions.

(19)    Plaintiff's demand for punitive damages violates the Self-Incrimination Clauses of the Fifth Amendment of the United States Constitution and Article I, Section 6 of the Constitution of Alabama of 1901. The punitive damages claimed by the Plaintiff are penal in nature. The Defendant is required to disclose documents and/or other evidence without the safeguard against self-incrimination provided for in said federal and state constitutional provisions.

(20)    Plaintiff's demand herein for punitive damages violates Article I, Sections 10 and 13 of the Constitution of Alabama of 1901.

(21)    Plaintiff's demand herein for punitive damages is unconstitutional under the Due Process Clauses of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Section 6 of the Constitution of Alabama of 1901. Said Constitutional provisions prohibit the deprivation of life, liberty or property without due process of law. Punitive damages are penal in nature and require a burden of proof which is less than the "beyond a reasonable doubt" standard required in criminal cases.

(22)    Plaintiff's demand herein for punitive damages is unconstitutional under the Equal Protection Clauses of the Fifth and Fourteenth Amendments of the United States Constitution and Article I, Sections 1, 6 and 22 of the Constitution of Alabama of 1901.

(23)    Defendant avers that the imposition of punitive damages under Alabama law is arbitrary and capricious. Inasmuch as there are no standards for fair and objective calculation of such damages and as the same are penal in nature, Plaintiff must show entitlement to the same by evidence beyond a reasonable doubt. Further imposition of punitive damages under Alabama law is contrary to the Due Process and Equal Protection clauses of both the Constitution of the United States of America and of the State of Alabama. Additionally, the imposition of punitive damages under Alabama law, even with Green Oil and Hammond's guidelines, is arbitrary and capricious leading to "grossly excessive" punitive damage awards, inasmuch as the jury is provided neither guidelines in reaching some rational ratio between compensatory and punitive damages nor some rational relation between Defendant's alleged conduct and the legitimate interest of the State to punish unlawful conduct and deter its repetition. BMW of North America v. Gore, 116 S.Ct. 1589 (1996).

    A.    Notions of judicial fairness, Due Process, and constitutional jurisprudence dictate that a person receive fair notice of not only the conduct that will

-4-

subject him to punishment but also the severity of the penalty that a State may impose. This State provides no such notice to Defendant leading to "grossly excessive" punitive damage awards that violate the United States Constitution and its amendments. BMW of North America v. Gore, 116 S.Ct. 1589 (1996).

B.     The procedures by which damages for mental anguish are awarded to a plaintiff in Alabama violate the due process rights secured to Defendant by the United States Constitution and the Constitution of the State of Alabama in that these procedures deprive Defendant of its property without due process of law by failing to provide the jury with adequate standards or guidelines by which to render such an award.

(24)    Defendant Baptist contests the damages and injuries which are being asserted in Plaintiff's Complaint and all amendments thereto and demand strict proof thereof.

(25)    While Defendant Baptist denies that Plaintiff is entitled to any relief against it, this Defendant hereby asserts the provisions of §§ 6-5-543 and 6-5-544, ALA. CODE, 1975 as amended, and gives notice that any recovery against this Defendant can only be had in accordance with, subject to, and in accordance with the statutory limitations set out therein.

(26)    The Plaintiff is not entitled to any relief under 42 U.S.C. § 1983.

(27)    Defendant Baptist cannot be held liable under § 1983 on a respondeat superior or vicarious liability basis. Monell v. Dep't of Soc. Servs., 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). The allegations contained in the Plaintiff's Complaint against Defendant Baptist fail to allege an established policy or custom which led to an alleged violation of his constitutional rights, therefore Plaintiff fails to state a claim against Baptist. Harvey v. Harvey, 949 F.2d 1127, 1129-30 (11th Cir. 1992). See NeSmith v. Corrections Corporation of America, No. CV-507-043, 2007 W. 243584 (S.D. Ga., Aug. 23, 2007).

(28)    This Court lacks subject matter jurisdiction due to the fact that even if Plaintiff's allegations should be proven, the allegations against Defendant would amount to mere negligence which is not recognized as a deprivation of Plaintiff's constitutional rights. See Rogers v. Evans, 792 F.2d 1052 (11th Cir. 1986).

(29)    The Plaintiff has failed to exhaust his administrative remedies as mandated by the Prison Litigation Reform Act amendment to 42 U.S.C. § 1997e(a). Plaintiff has failed to pursue the administrative remedies available to him. See Cruz v. Jordan, 80 F. Supp. 2d 109 (S.D. N.Y. 1999) (claims concerning defendants' deliberate indifference to a medical need is an action "with respect to prison conditions" and is thus governed by exhaustion requirement).

(30)    The Prison Litigation Reform Act amendment to 42 U.S.C. § 1997(e)(c) mandates the dismissal of Plaintiff's claims herein as this action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks money damages from the Defendant who is entitled to immunity.

(31)    The Plaintiff's claims are barred by the Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997(e).

(32)    The Plaintiff has failed to comply with 28 U.S.C. § 1915 with respect to the requirements and limitations inmates must follow in filing *in forma pauperis* actions in federal court.

(33)    The Defendant asserts that the Plaintiff's Complaint is frivolous and filed in bad faith solely for the purpose of harassment and intimidation and requests this Court, pursuant to 42 U.S.C. § 1988, to award said Defendant reasonable attorneys' fees and costs incurred in the defense of this case.

/s/ James E. Williams
JAMES E. WILLIAMS (ASB-9283-W84J)
Melton, Espy & Williams, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Facsimile: (334) 269-9515
jwilliams@mewlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the foregoing upon the Plaintiff, Larry C. Dixon, AIS #138238, Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama, 35034, E425A, on this the 2nd day of November, 2007.

Further, a copy of the foregoing has been electronically filed on the 2nd day of November, 2007, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Office of the Attorney General
11 South Union Street
Montgomery, AL

| Staff Attorneys | Brett Garrett | Ham Wilson |
| cc_prose@almd.uscourts.gov | bg@rsjg.com, | hwilson@ball-ball.com |

/s/ James E. Williams
OF COUNSEL

# AFFIDAVIT FOR CERTIFICATION OF MEDICAL RECORDS

I, Bonnie Wright, R.H.I.T., Custodian of Medical Records for **The Health Care Authority for Baptist Health, An Affiliate of UAB Health System d/b/a Baptist Medical Center South**, Montgomery, Alabama, as legal custodian of the medical records of this facility, do hereby certify that to my best information and belief, this is a true and accurate copy of the medical record of the patient listed below. These records have been maintained in the regular course of business at **Baptist Medical Center South** and were made at the time of such acts, transactions, occurrences or events therein or within a reasonable time thereafter. As a rule, the original records are not allowed to leave the premises of the facility.

PATIENT: _Larry Dixon_

SSN: _015·13·8238_    DOB: _10·31·57_

CASE NUMBER: _n/a_

_Bonnie Wright_                              _10-10-07_
Bonnie Wright, R.H.I.T.                          Date
Manager, Health Information Management

Sworn to and Subscribed before me on this _10th_ day of _Oct_, 2007.

_Carrie M. Boswell_
Notary Public
My Commission Expires: _6/24/2011_

**Exhibit A**
Baptist Medical Ctr Sou

0521500836 08/03/05 2200P    M  10/31/57  47Y   7 U O E/R ER E/R /        585426

DIXON,LARRY                          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
P.O. BOX 56                          (334)567-1460
                                        ELMORE                          NOT EMPLOYED
ELMORE          AL 36025

STATON,CORRECTIONAL FACILITY    02/27/76 129Y                      (334)265-0100
PO BOX 56
                                     (334)567-1460                 SELF EMPLOYED
ELMORE          AL 36025             SPONSOR

STATON,CORRECTIONAL FACILITY    02/27/76 129Y                      (334)265-0100
PO BOX 56
                                     (334)567-1460                 SELF EMPLOYED
ELMORE           AL  36025           SPONSOR


PRISON HEALTH SERVICES          STATON,CORRECTIONAL FACILITY

138238

(800)729-0069                              CLAIMS DEPT

105 WESTPARK DR #200                       BRENTWOOD          TN 37027




FINGER CUT OFF                                                    U %



OTHER

2328 GUTIERREZ,CARLOS M                          2328 GUTIERREZ,CARLOS I

      11      08/03/05

                              EMERGENCY        7

ED


RE7      08/03/05      YES
   NO,PCP                        GUTIERREZ,CARLOS M
          PRINTED BY: c236342      DATE 10/2/2007





**Baptist Health**

**I/P AND O/P**

**ADMISSIONS AND FACESHEET**

0521500836    DIXON,LARRY

| | | | FC 16 | INIT PAW |
|---|---|---|---|---|

| PATIENT NO. | DATE | TIME | SEX | DOB/AGE | RA: | MS: | TYPE | SER. | STATION ROOM/BED | MED REC NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0521500836 | 08/03/05 | 2200P | M | 10/31/57 47Y | 7 | U | E/R | ER | E/R / | 585426 |

**PATIENT**
NAME & ADDRESS
DIXON,LARRY
P.O. BOX 56

ELMORE        AL 36025

SS# 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
PH# (334)567-1460
COUNTY ELMORE

EMPLOYER

EMP PH#

OCC
EMP STAT EMP I.D. NOT EMPLOYED

**GUARANTOR**
NAME & ADDRESS
STATON,CORRECTIONAL FACILITY
PO BOX 56

ELMORE        AL 36025

DOB 02/27/76 129Y
SS#
PH# (334)567-1460
REL SPONSOR

EMPLOYER

EMP PH# (334)265-0100

OCC
EMP STAT EMP I.D. SELF EMPLOYED

**RELATIVE**
NAME & ADDRESS
STATON,CORRECTIONAL FACILITY
PO BOX 56

ELMORE        AL 36025

DOB 02/27/76 129Y
SS#
PH# (334)567-1460
REL SPONSOR

EMPLOYER

EMP PH# (334)265-0100

OCC
EMP STAT EMP I.D. SELF EMPLOYED

**REL 2**
NAME & ADDRESS

HM
PH#
WK

| INSURANCE CARRIER PRISON HEALTH SERVICES | INSURED NAME STATON,CORRECTIONAL FACILITY | REL. TO INSURED |
|---|---|---|

**INS # 1**
SUBSCRIBER ID# 138238
GROUP PHONE# (800)729-0069
CONTACT ADDRESS 105 WESTPARK DR #200

GROUP NAME
APPROVAL#

GROUP NUMBER
CONTACT CLAIMS DEPT
CITY/STATE/ZIP BRENTWOOD        TN 37027

| INSURANCE CARRIER | INSURED NAME | REL. TO INSURED |
|---|---|---|

**INS # 2**
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

GROUP NAME
APPROVAL#

GROUP NUMBER
CONTACT
CITY/STATE/ZIP

| INSURANCE CARRIER | INSURED NAME | REL. TO INSURED |
|---|---|---|

**INS# 3**
SUBSCRIBER ID#
GROUP PHONE#
CONTACT ADDRESS

GROUP NAME
APPROVAL#

GROUP NUMBER
CONTACT
CITY/STATE/ZIP

| DIAG CODE   DIAGNOSIS | ALLERGIES | P % | PT. CL. |
|---|---|---|---|
| FINGER CUT OFF | | | |

| ACCIDENT TYPE | NATURE OF ACCIDENT | ACCIDENT DATE | TIME |
|---|---|---|---|

| ARRIVAL MODE OTHER | REFERRING FACILITY | CHURCH/DENOMINATION |
|---|---|---|

| ADMITTING PHYSICIAN 2328 GUTIERREZ,CARLOS M | PRIMARY CARE PHYSICIAN NO,PCP |
|---|---|

| ATTENDING PHYSICIAN 2328 GUTIERREZ,CARLOS M | REFERRING PHYSICIAN |
|---|---|

| LOCATION | E/R PHYSICIAN |
|---|---|

| ADMISSION TYPE EMERGENCY |
|---|



FS 100    PRINTED BY: c236342        DATE 10/2/2007        Last Printed:  08/03/2005 23:26:28
                                                            08/03/05                    RE7

B0521500836
DIXON,LARRY
DOB: 10/31/57    Age:47Y    MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ,CARLOS M

**Baptist HEALTH**

## ER RECORD - Adult / Adolescent

Regular M.D.: _____
Immunization Hx: Tetanus ☑ UTD ☐ not UTD ☐ Latex Allergy
Allergies: ___NKDA___
LMP: N/A    Pregnant? ☐ Yes ☐ No ☐ Unsure
Home Meds: _____
PMH: HTN
Maxide

**TRIAGE CATEGORY** (Circle one)
1) RED - Immediate   2) YELLOW - Urgent   3) GREEN - Non-Urgent

| B/P | Pulse | Resp | Temp | SaO2 | Pain | ☐ See T-sheet |
|---|---|---|---|---|---|---|
| 201/17 | 64 | 18 | 97.7 | 100 | 8 | |

Injury left Index finger — Window came down on finger, Tip off — brought in bag of glass — 1½ PTA

Arrived Via: ☐ Car ☐ Ambulance ☐ Other

**Pre Hospital Care:** ☐ O2 ___ ☐ IV ___ ☐ Splints ___
☐ Other: ___   ☐ ASA   N/A

### AGE SPECIFIC CARE
47 g
**13-18 yrs (Adolescent)**
(Menarche started? ☐ Yes ☐ No    Age at onset? ___    Regular ☐ Yes ☐ No )
**>65 yrs (Older Adult)**
Assisting Devices: ☐ None ☐ Yes (list): _____
Living arrangements: ☐ Lives alone ☐ Family/Significant Others
☐ Extended Care Facility

### GENERAL APPEARANCE & MENTAL STATUS

| General | Skin Temp | Respiration | Pulse | Mental Status |
|---|---|---|---|---|
| ☐ NAD | ☑ Warm | ☐ Unlabored | ☐ Regular | ☑ Alert |
| ☑ Mild Distress | ☐ Hot | ☐ Clear Bilat. | ☐ Irregular | ☐ Oriented |
| ☐ Acute Distress | ☐ Cool | ☐ Shallow | ☐ Bounding | ☐ Age Approp. |
| | ☐ Cold | ☐ Labored | ☐ Weak | ☐ Anxious |

| Skin Color | Skin Moisture | | Neuro Status | |
|---|---|---|---|---|
| ☑ Pink | ☑ Dry | ☐ Wheezes | ☐ Absent | ☐ Combative |
| ☐ Flushed | ☐ Diaphoretic | ☐ Crackles | **Neuro Status** | ☐ Unresponsive |
| ☐ Pale | | ☐ Apneic | ☐ Normal | ☐ Tearful |
| ☐ Ashen | **Gait** | ☐ Retraction | ☐ Slurred Speech | ☐ Confused |
| ☐ Cyanotic | ☐ Steady | ☐ Nasal Flaring | ☐ Weakness L/R | ☐ Agitated |
| ☐ Jaundiced | ☐ Unsteady | ☐ Stridor | ☐ Aphasia | ☐ Disoriented |

Visual Acuity: O.S.: ___   O.D.: ___   O.U.: ___

### PLAN OF CARE

**Problems**
☑ Anxiety/Fear
☐ Body Temp. Alt. In
☐ Comm. Alt. In
☐ Coping Alt. In
☐ Elimination Alt. In
☐ Fluid Vol. Def/Ex
☑ Infection Potential
☐ Domestic Violence
(refer to Case Mgmt.)
☐ Pain
☐ Other ___

☐ Nutrition (refer to Dietitian)
☐ Knowledge Deficit
☐ Neuro Status
☐ Physical Mobility Impairment
☐ Resp. Function Alt.
☐ Skin Integrity, Alt. In
☐ Abuse/Neglect
☐ Cultural/Religion
☐ Language

**Intervention**
☐ Anti-Pyretic
☐ Bleeding Control
☐ DSG/Wound Care
☐ Emotional support
☐ Ice/elevate
☐ I & O
☐ Other ___
☐ Sling/Splint
☐ Teaching
☐ Labs
☑ X-Ray
☑ Meds As Ordered
☐ O2

| ☐ Animal Control | ☐ PT | Weight: 18ft | | stated/measured |
|---|---|---|---|---|
| ☐ DHR Referral | ☐ Dietitian | Triage Nurse Signature: R Williamson RN | Date 8/3/5 | Time 2155 |
| ☐ Police | ☐ Coroner | | | |

Time To Tx Area: 2206    Rm #CRB

☐ **TILT TEST**

| | B/P: | P: |
|---|---|---|
| O | B/P: | P: |
| O | B/P: | P: |

Time Performed: ___

☐ **SEE FLOW SHEET**

**NURSES NOTES**
2225 HAND TRAY REQUESTED FROM SURGERY — NHB RN
2330 - Dr. Gutierrez @ bedside — R Williamson RN

### PHYSICIAN'S ORDERS

| Medication | Dose | Route | Time Admin | Site | Comments | Signature |
|---|---|---|---|---|---|---|
| Anco? | 1g | IM | 0005 | R-Delt | | R Williamson RN |

adaptic, aquaphor bulky, aluminum splint - 0005
Metal finger splint, bulky dressing & secured c kling — R Williamson RN (R Williamson RN)

### DISCHARGE

Date 8/3/5   Time 0130

**VITAL SIGNS**

| B/P | T | P | R | O2 Sat | Pain |
|---|---|---|---|---|---|

☑ Patient education provided on discharge instructions.

RN Nurse: R Williamson RN (R Williamson RN)

**DISPOSITION**
☑ Home
☐ Admit to Rm#: ___
☐ Surgery
☐ Transfer to: ___
☐ EXP
☐ AMA
☐ LWT
☐ SNF
☐ Other ___
☐ M.D. Office

**EXIT VIA**
☑ Walk
☐ WC
☐ Ambulance

**ACCOM. BY**
☐ Self
☑ Fam/Friend
☐ Police
☐ Other

| M.D. ORDERS (per BMC Protocol) | Time Performed | Site | Size | Comments | Signature |
|---|---|---|---|---|---|
| O2 | | | | | |
| IV | | | | | |
| NGT | | | | | |
| Foley / Quick Cath | | | | | |
| Set up Laceration Tray/ Lumbar puncture | | | | | |
| Accucheck | | | | | |
| Splint | | | | | |
| Pulse Ox | | | | | |
| Tetracaine and Stain | | | | | |
| Pelvic exam set up | | | | | |
| Cardiac | | | | | |

Physician Signature: ___

EXTENDER

Certified Medical Emergency
☑ Yes ☐ No

FORM ER 16002 REV. 02/17/05

ER 160    PRINTED BY: c236342    MEDICAL RECORD DATE 10/17 2007

B0521500836    DIXON, LARRY
DOB: 10/31/57    Age:47Y  MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ, CARLOS M

1 of 1    1 of 2

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**23b**

Baptist Health
**EMERGENCY PHYSICIAN RECORD**
**Laceration Procedure Notes**

**Wound Description #1**

Wound: ___ (1) index

Size: ___ 4 ___ -cm

**Distal NVT:**
__sensation intact    __vascular. intact    __tendon intact

**Depth / shape / contamination:**
__superficial    __linear    __*irregular    __*flap
__SQ    __nail avulsed    __*stellate
__muscle    __contused tissue
__clean
✓contaminated  minimally / moderately / *heavily
      with dirt gravel grease ink ___

**ANESTHESIA**
__local    __LET / TAC    ✓digital block ___ 6 ___cc
__lidoc 1% 2% epi/bicarb    __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine    __foreign material removed
__betadine to skin    partially  completely
✓wound cleanser    minimal / mod. / *extensive
__irrigated / washed w/ saline    __debrided
__moderate / *extensive    minimal / *mod. / *extensive
✓wound explored    __undermined
      minimal / mod. / *extensive

Wound closed with:  wound adhesive / steri-strips___
**SKIN**
#___ 3-0 (nylon) prolene / vicryl / staples ___
__interrupted    __running    __simple    __mattress ( h / v )

***SUBCUTANEOUS / MUCOSA**
#___ ___-0    vicryl / silk ___
__interrupted    __running    __simple    __mattress ( h / v )

***FASCIA / MUSCLE / TENDON** ___
#___ ___-0 vicryl / ___
__interrupted    __running    __simple    __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised    __nail reattached    #___ ___-0 vicryl / ___

***OTHER**
__retention suture placed

**Wound Description #2**

Wound: ___

Size: ___ -cm

**Distal NVT:**
__sensation intact    __vascular. intact    __tendon intact

**Depth / shape / contamination:**
__superficial    __linear    __*irregular    __*flap
__SQ    __nail avulsed    __*stellate
__muscle    __contused tissue
__clean
__contaminated  minimally / moderately / *heavily
      with dirt gravel grease ink ___

**ANESTHESIA**
__local    __LET / TAC    __digital block ___cc
__lidoc 1% 2% epi/bicarb    __marcaine .25% .5%

**WOUND PREP AND REPAIR**
__Hibiclens / Betadine    __foreign material removed
__betadine to skin    partially  completely
__wound cleanser    minimal / mod. / *extensive
__irrigated / washed w/ saline    __debrided
      moderate / *extensive    minimal / *mod. / *extensive
__wound explored    __undermined
      minimal / mod. / *extensive

Wound closed with:  wound adhesive / steri-strips___
**SKIN**
#___ ___-0  nylon / prolene / vicryl / staples___
__interrupted    __running    __simple    __mattress ( h / v )

***SUBCUTANEOUS / MUCOSA**
#___ ___-0    vicryl / silk ___
__interrupted    __running    __simple    __mattress ( h / v )

***FASCIA / MUSCLE / TENDON** ___
#___ ___-0 vicryl / ___
__interrupted    __running    __simple    __mattress ( h / v )

**NAIL / NAIL MATRIX**
__nail excised    __nail reattached    #___ ___-0 vicryl / ___

***OTHER**
__retention suture placed

*may indicate intermediate repair.    *may indicate intermediate or complex repair.
Repair of muscles or tendons in complex wounds is reported with appropriate separate repair codes.

x_____MD / DO  x _____ MD /DO
      Resident                    Attending
Hx review, Patient interviewed, Medical Decision Making, and Examined by
Physician.



B0521500836  DIXON,LARRY
DOB: 10/31/57    Age:47Y  MR #:585426
Admit Date/Time: 08/03/05    2200P
2328 GUTIERREZ,CARLOS M

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

1 of 1    1 of 2

**09**
Baptist Health
## EMERGENCY PHYSICIAN RECORD
### Hand or Wrist Injury  (4)

DATE:_____ TIME:_____ ROOM:_____ __ *EMS Arrival*

HISTORIAN: __patient __spouse __paramedics_____
__HX / __EXAM UNOBTAINABLE 2° TO: _____

**HPI** chief complaint: (Injury to) right (left
    hand  wrist  forearm  elbow  arm
    thumb (index f.) middle f.  ring f.  small f.

**duration / occurred:**
☑just prior to arrival
__today_____
__yesterday_____
_____ days PTA

**where:**
__home _____school
__neighbor's _____park
__work _____street

**context:** __fell __blow ☑incised __crushed __burn

**severity of pain:** ☑mild __moderate __severe

**location of injury:**
R__  UE  hand  palm  fingers
(L)  UE  hand  palm ( : fingers)

**PAST HX** __negative  R / L HANDED  __prior injury
☑HTN  __DM  __other problems_____

Meds- __none / ☑see nurses note_____
Allergies- __NKDA / ☑see nurses note_____

**SOCIAL HX**
**FAMILY HX**

__HX / __EXAM UNOBTAINABLE 2° TO:
**ROS** __all syscms neg except as mkd  SKIN
**NEURO** __tingling / numbness distally_____
**MS** ☑painful / unable to bear weight
    ☑suspected FB ( skin lac )
**CONST** __recent illness_____

☑Nursing Assessment Reviewed ☑Vitals Reviewed ☑Tetanus immun. UTD
## PHYSICAL EXAM ☑Alert
Distress- __NAD ☑mild __moderate __severe
**HAND** ☑see diagram
__nml inspection ☑tenderness (soft-tissue / bony)_____
__non-tender __swelling / ecchymosis_____
    __limited ROM_____
    due to: pain / functional deficit
    __deformity_____
    __nail injury_____
    (complete) / partial avulsion  subungal hematoma

**WRIST**
☑nml inspection __see diagram
☑non-tender __tenderness  soft-tissue / bony_____
☑nml ROM __tenderness in anatomical snuff box___ ___
__wrist pain on axial thumb load_____
__swelling / ecchymosis_____
__limited ROM_____
__deformity_____

T = Tenderness
S = Swelling
E = Ecchymosis

**NEURO**
☑sensation intact
☑motor intact

__digital nerve deficit_____
    decreased fine touch  abnml 2-point discrim.
__median nerve deficit_____
    sensory deficit-  lat. 3 ½ fingers / lat palm
    motor deficit-  pronation / thumb flexion
    index & middle finger flexion
__ulnar nerve deficit_____
    sensory deficit-  med. palm / med. 1 ½ fingers
    motor deficit-  thumb adduction / fingers adduct.
__radial nerve deficit_____
    motor deficit-  wrist drop / thumb extension

**VASCULAR**
☑no vascular
compromise

__pallor / cool skin / abnml cap refill_____
__pulse deficit  radial  ulnar_____

**TENDONS**
__tendon function
normal

__tendon visualized / injury seen_____
    extensor  flexor  complete  partial
__deficit in tendon function_____
    limited extension  limited flexion

x_____  _____RN / PA / NP _____ MD
HISTORY  RN / PA / NP sign after recording history; physician initial
after reviewing with patient and confirming or revising all elements.

## FOREARM / ELBOW / ARM

✓ uninjured
   above wrist
   __see diagram_____
   __tenderness  soft-tissue / bony _____
   __swelling_____
   __ecchymosis_____
   __deformity_____
   __limited ROM_____

## SKIN

__warm, dry
   __diaphoretic / cool / cyanotic _____

## HEAD / ENT

✓ nml inspection
✓ pharynx nml
   __tenderness_____
   __swelling / ecchymosis_____

## NECK / BACK

✓ nml inspection
✓ non-tender
   __tenderness_____
   __swelling / ecchymosis_____

## CHEST

✓ no resp. distress
✓ non-tender
✓ breath snds nml
   __tenderness_____
   __swelling / ecchymosis _____

## GASTROINTESTINAL

✓ non-tender
✓ no organomegaly
   __tenderness / guarding_____

## XRAYS  ☑ Interp. by me  ☐ Reviewed by me  ☑ Discsd w/ radiologist

R / L  hand  wrist  forearm  *index*____  finger

__normal / NAD
__no fracture
__nml alignment
__no foreign body
   __DJD_____
   __dislocation_____
   __soft-tissue swelling_____
   __foreign body_____
   ✓ fracture_____

*complete amputation*
*(L) index finger*
*fracture distal phalanx*

**Other**  study:  _____
_____
_____
_____

☐ See separate report

## PROCEDURES:

✓ splint  Velcro  OCL / Ortho-glass / Plaster  Aluminum-foam_____
   __Volar  Thumb spica  Ulnar  Wrist  SugarTong  Cock-up  Colles
   __applied by ED Physician / Orthopedic / Tech_____
   __examined post splint application,  NV intact  alignment good
   **Need:** Neurovascular exam post application of splint or cast
__fingers buddy-taped___
__digital block  lidocaine 1%___ cc  marcaine 0.25%  0.5% ___ cc
__subungal hematoma drained using electrocautery
__foreign body removed  with forceps  with incision

## LABS and PROGRESS

| CBC | Chemistries | |
|---|---|---|
| *normal except* | *normal except* | CO2_____ |
| WBC __ .__ | BUN __ .__ | Ca_____ |
| Hgb_____ | Creat_____ | Bilirubin _____ |
| Hct_____ | Gluc_____ | Magnesium_____ |
| Platelets_____ | Alk Phos_____ | BNP __ .__ |
| segs _____ | Cl __ .__ | D-Dimer_____ |
| bands _____ | ALT_____ | |
| lymphs __ .__ | AST __ .__ | |
| monos_____ | Na_____ | |
| eos. __ .__ | K __ .__ | |

Re-evaluation time_____  __unchanged  __improved  __re-examined

Re-evaluation time_____  __unchanged  __improved  __re-examined

Re-evaluation time_____  __unchanged  __improved  __re-examined

(AERAS) ~~Critical Care~~ Dictation

__use template #23b for Laceration Repair___
**TREATMENT:**_____
**MEDICAL DECISION:**_____
**Fracture Care:** Follow up with orthopedic within 48 hours
✓ Rx given_____
__Follow up with  *Chung*___
__referred to / discussed with Dr._____
   will see patient in:  office / ED / hospital in _____ days

## CLINICAL IMPRESSION:  Fall  Alleged Assault

Contusion  R / L  wrist  hand
Hematoma  thumb  index f.  middle f.  ring f.  small f.
Laceration  MP  PIP  DIP  joint
Sprain / Strain / Dislocation
Fracture  R / L  radius  distal / shaft / proximal
   ulna  prox / shaft / distal / styloid  Colles' fx
   metacarpal fx  # 5  4  3  2  1
   phalanx  # 5  4  3  2  thumb
   prox / middle / distal / tuft

DISPOSITION-  ☑ home  ☐ admitted  ☐ transferred
CONDITION-  ☐ unchanged  ☑ improved  ☐ stable

X_____ MD / DO  X_____ MD /DO
   *Resident*  *Attending*
☑ Hx review. Patient interviewed. Medical Decision Making and Examination by
Physician.

# AERAS Physicians

B0521500836        DIXON,LARRY
DOB: 10/31/57      Age:47Y    MR #:585426
Admit Date/Time:  08/03/05
2328 GUTIERREZ,CARLOS M        2200P

| TEST | SYMPTOMS | | |
|---|---|---|---|
| **Urinalysis** <br> CC <br><br> Cath | Abdominal Pain <br> Diabetes <br> Dysuria <br> Edema <br> Fever | Flank Pain <br> Hematuria <br> Hesitancy <br> Hypertension <br> Known Kidney Disease | Long Term Medications <br> Nocturia <br> Pelvic Pain <br> Trauma to Kidney/Urinary Tract <br> Other_____ |
| **Chest X-ray** <br><br> Portable_____ <br><br> Standing PA/Lat__ | Abnormal Sputum <br> Abnormal Weight Loss <br> Abnormal X-ray <br> Chest Pain <br> Clubbing of Fingers <br> Coma | Cough <br> Cyanosis <br> Fever <br> Hemoptysis <br> Palpitations | Respiratory Infection <br> Respiratory Distress <br> Shock <br> Other_____ |
| **CT Head/Brain** <br><br> Without Contrast__ <br><br> With & Without __ | Closed Head Injury (Concussion) <br> CVA/TIA <br> Delirium/Dementia <br> Headache (excluding Migraine) <br> Penetrating Trauma | Occlusion of Artery <br> Seizure <br> Sinusitis (Chronic) <br> Stroke <br> Suarachnoid/Intracerebral Hemorrhage | Suspected Metastasis <br> Syncope/Collapse <br> Other_____ |
| **CT Abdomen/Pelvis** <br> Oral Contrast____ <br> IV Contrast____ <br> Rectal Contrast____ <br> Stone Search____ | Abdominal Pain <br> Abdominal Rigidity <br> Abdominal Swelling <br> Abdominal Tenderness <br> Aneurysm <br> Ascites | Blunt/Penetrating Trauma <br> Edema <br> Extravasation of Urine <br> Fever <br> Hepatomegaly/Spenomegaly <br> Injury to Blood Vessels | Infection, Post OP <br> Internal Injury (Thorax, Abd. & Pelvis) <br> Liver Disease <br> Renal Colic <br> Other_____ |
| **Ultrasound** <br> Complete Abdomen___ <br> RUQ (GB)_____ <br> Pelvic____ <br> Obstetrical____ | Abdominal Pain <br> Abdominal Tenderness <br> Abnormal X-ray <br> Ascites <br> Abdominal Swelling <br> Abdominal Mass | Colic <br> Flank Mass <br> Flank Pain <br> Flank Tenderness <br> Hepatomegaly/Splenomegaly | Pelvic Pain <br> Pelvic Mass <br> Pelvic Tenderness <br> Spleen Mass <br> Other_____ |
| **EKG** | Abnormal Electrocardiogram <br> Arrhythmia <br> Cardiac Arrest <br> Chest Pain <br> Dizziness <br> Dyspnea | High Risk Medication(s) <br> Hypertension <br> Hx. HTN <br> Hx. Renal Disease <br> Hx. Valvular Disease <br> Papitations | Respiratory Insufficiency <br> Shock <br> Syncope/Collapse <br> Tachycardia <br> Other_____ |

Other Test(s):  _Hand X ray__        Symptom(s):

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____

Physician's Signature:_____        Date:_____

NP/PA Signature:_____        Nurse Signature:_____

*Proprietary:* AERAS/Prime Care
Copyright © Alabama Emergency Room Administrative Services, P.C. 10/02

# AERAS Physicians

B0521500836                    DIXON,LARRY
DOB: 10/31/57     Age:47Y   MR #:585426
Admit Date/Time: 08/03/05        2200P
2328 GUTIERREZ,CARLOS M

| TEST | SYMPTOMS | | |
|---|---|---|---|
| **ABG's** | Acute Asthma (unstable)<br>Acidosis<br>Alkalosis<br>Burns to Face<br>Cardiopulmonary Arrest<br>CHF | COPD<br>Dyspnea (unexplained)<br>Hypoventilation<br>Morbid Obesity<br>Multiple Trauma<br>Noxious Gas Inhalation | Pleural Effusion<br>Pneumonia<br>Pneumothorax<br>Pulmonary Embolus<br>Respiratory Distress<br>Other_____ |
| **Basic Metabolic Panel**<br>(Chem 7) | Complications related to Pregnancy<br>Diabetes Complicaions<br>Dizziness/Giddiness<br>Drowsiness | Edema<br>Febrile Convulsions<br>Glomerulonephritis<br>Hypertensive Disease | Hypoglycemia<br>Long term use of Medications<br>Seizure (Convulsion)<br>Other_____ |
| **CBC** | Abdominal Pain<br>Abnormal Bleeding<br>Blood Loss - Hemorrhage<br>Cills<br>Epistaxis<br>Fatigue/Malaise<br>Fever | Flank Pain<br>Infection<br>Hemoptysis<br>High Risk Medication(s)<br>Lethargy<br>Long-Term Medications<br>Lymphadenopathy | Malnutrition<br>Pallor<br>Postural Dizziness<br>Short of Breath - Apnea<br>Splenomegaly<br>Weakness<br>Weight Loss<br>Other_____ |
| **Digoxin** | Arrhythmia (A-Fib/A-Flutter/Aberrancy<br>Concomitant Use of Interacting Drug<br>CHF | Digoxin Toxicity<br>anorexia, nausea, vomiting, diarrhea,<br>abdominal pain, HA) | High Risk Patient<br>Long-term Medications<br>Other_____ |
| **Electrolyte Panel** | Acidosis<br>Alkalosis<br>CHF<br>Coma<br>Diabetes<br>Diarrhea | Dehydration<br>Dizziness<br>Drowsiness<br>Edema / Ascities<br>Hypertension<br>Long Term Medication(s) | Malnutrition<br>Nausea / Vomiting<br>Pulmonary Edema<br>Seizure<br>Other_____ |
| **Magnesium** | Abnormal Weight Loss<br>Arrhythmia(s)<br>Chronic Alcoholism<br>Coma<br>Convulsion<br>Diabetic Acidosis<br>Diuretic Therapy | Drowsiness<br>Drug Abuse<br>Fatigue/Malaise<br>Hyocalcemia<br>Hypokalemia<br>Long Term Medication(s)<br>Muscular Paralysis | Pre-eclampsia<br>Shock<br>Syncope<br>Tetany<br>Tremor<br>Other_____ |
| **PT** | Acute MI<br>Acute Pancreatitis<br>A-Fib/A-Flutter<br>Anemia<br>Coumadin Therapy<br>DIC | Epistaxis<br>GI Bleeding<br>Hematuria<br>Hemorrhage<br>Hepatitis<br>Liver Failure | Long Term Antibiotics<br>Poisoning by Anticoagulant<br>Unstable Angina<br>Vitamin K Deficiency<br>Other_____ |
| **Troponin<br>CK<br>CKMB** | Abnormal Electrocardiogram<br>ACS (Angina, Unstable Angina, Acute MI)<br>Apnea/SOB/Wheezing | Arrhythmia/Tachycardia<br>Chest Pain<br>Injury to Thorax, Abdomin, Pelvis | Respiratory Distress Insuffiieny<br>Other_____ |





**Baptist Health**
**Emergency Room**
**Discharge Instructions**

Page 1 of 1

B0521500836  DIXON,LARRY
DOB: 10/31/57  Age:47Y  MR #:585426
Admit Date/Time: 08/03/05   2200P
2328 GUTIERREZ, CARLOS M

DISCHARGE INSTRUCTIONS – PATIENT COPY

| Weight | Phone | Allergies | | Location South |
|---|---|---|---|---|

**MEDICINES PRESCRIBED**   If non, check this box: ☐   **VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND.**

| Name/Strength | Number | Schedule/Duration | No Refills | Refills |
|---|---|---|---|---|
| 1. CEPHALEXIN 500mg + PO q6 day (10) | | | 0 | |
| 2. Tylox 1-2 PO q4° q0 prn day (10) | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**INSTRUCTION SHEET(S) GIVEN**
☐ Asthma  ☐ Crutches  ☐ Head Injury  ☐ Threatened Ab
☐ Back Pain  ☐ Fever  ☐ Otitis Media  ☐ Vomiting / Diarrhea
☐ Cast / Splint Care  ☐ Fracture  ☐ Sprains / Bruises  ☐ Wound Care
☐ STD  ☐ Other(s)

Return for signs of infection
> Redness > Swelling > Drainage > Heat

Additional Instructions: sutures out 10-14 day

Referred to: Chong / ortho   260-2288
☐ Dr.
Phone:
☐ Call on next business day for follow-up appointment
in ____ days / weeks   ☐ next available

☐ Return to Emergency Dept. in ____ hours / days for recheck.
☐ If no improvement or your condition worsens, call your private physician or return to the Emergency Department for a recheck.
☐ Learning needs assessed  ☐ Instructions Modified:
☑ Education provided on new medication

I understand that the treatment I have received was rendered on an emergency basis and is not meant to replace complete care from a primary care provider or clinic. Furthermore, I may have been released before all of my medical problems were apparent, diagnosed, and/or treated. If my condition worsens, I have been instructed to call my primary care provider or return to this facility or the nearest emergency center. I understand that I should NOT drive or perform hazardous tasks if my medication or treatment causes drowsiness. I have read and understand the above, received a copy of this form and applicable instruction sheets, and I will arrange for follow-up care. If diagnostic tests indicate a need for modification in therapy, you will be notified at the phone number you provided.

X LARRY C. DIXON
☑ Patient ☐ Relative ☐ Other

Time Released > 0130 Hrs.

Instructed By: K Williamson RN   Physician:

**WORK/ SCHOOL STATEMENT from the Emergency Department**

| Patient Name | Date |
|---|---|

☐ Patient was seen by Dr.
☐ No athletics / physical education: ____ days*
☐ May return to work / school without restrictions
☐ Will require time off work / school. Estimated time: ____ days*
☐ Must be reevaluated by family / occupational physician before returning to school / work.

☐ May return to restricted duties for ____ days*
Restrictions:
☐ ---- was here with relative/ child.
☐ Other:

Time off from School or Work longer than 3 days should be approved by a Personal or Company/ Occupational Medicine Physician unless otherwise stated.

PRINTED BY: 237642   DATE: 03/26/2007   BSB-0082 (06/02)

EMERROOM88
BAPTIST HEALTH
2328
DIXON, LARRY ""
B0521500836
B000585426

Patient with a left index distal phalanx amputation with obvious exposed
bone.  The patient received a digital block with good anesthetic effect.
The bone was rongeured.  Area was cleansed.  Irrigated copiously.
Debrided and a running suture was used to close the flap. The patient
tolerated the procedure well.  Area was dressed with Adaptic and bulky
Kerlix roll with a protective aluminum splint.

IMPRESSION:     Rongeur and wound repair of a complete distal phalanx
amputation.


CARLOS GUTIERREZ, M.D.

CG/ / dm
D:  08/04/2005
T:  08/04/2005


D: 08/04/2005
T: 08/04/2005
dm
Authenticated by CARLOS M. GUTIERREZ, MD On 8/09/05 7:11:52 AM

DX Hand Complete Left                                    DIXON, LARRY - B000585426

* Final Report *

| | |
|---|---|
| Result type: | DX Hand Complete Left |
| Result date: | August 03, 2005 22:30 |
| Result status: | Auth (Verified) |
| Verified by: | Ng, Roland, MD. on August 03, 2005 23:24 |
| Encounter info: | B0521500836, BAPTISTSOUTH, Emergency Room, 08/03/05 - 08/04/05 |

## * Final Report *

**Reason For Exam**
finger cut bad  cr a

**FINDINGS**
LEFT HAND COMPLETE:

There is amputation at level of the mid portion of the distal phalange of the index finger. There is a comminuted fracture of the residual distal phalange.

IMPRESSION:  FRACTURE AMPUTATION DISTAL PHALANGE INDEX FINGER.

**Signature Line**
ELECTRONICALLY SIGNED BY: Ng, Roland, MD.

TECHNOLOGIST:  TLI
TRANSCRIBED DATE AND TIME:  08/03/2005 22:39
TRANSCRIPTIONIST:  MEF

**Completed Action List:**
* Order by Gutierrez, Carlos M, MD on August 03, 2005 22:15
* Perform by Ingram, Tina L on August 03, 2005 22:30
* VERIFY by Ng, Roland, MD. on August 03, 2005 23:24



0521500836     DIXON,LARRY



Baptist Health

# CONDITIONS OF ADMISSION AND CONSENT FOR MEDICAL SERVICES

**CONSENT FOR MEDICAL SERVICES:** I present myself for medical services at Baptist Medical South, Baptist Medical East or Prattville Baptist Hospital, hereinafter "Baptist Health". I consent to such care as my physician orders and that other persons caring for me deem necessary and beneficial. I understand that this care may include examinations, tests, medical and/or surgical treatment. I also understand that such treatment may involve risks and that no guarantees have been made to me about the outcome of this care. I understand that the physicians on the staff are independent contractors, and not employees or agents of Baptist Health. I understand that I have the right, in collaboration with my physician(s), to make decisions involving my health care and to accept care or to refuse treatment to the extent permitted by law and to be informed of the medical consequences of such refusal.

**PERSONAL VALUABLES:** I have been asked/advised to either deposit with the business office or otherwise send home all valuables, including but not limited to money, jewelry, rings and watches. I understand that should I choose to retain some with me, that Baptist Health cannot be responsible for them and I hereby release Baptist Health from any responsibility for the loss of my retained valuables.

**ASSIGNMENT OF BENEFITS AND FINANCIAL RESPONSIBILITY:** I hereby authorize payment of all insurance benefits, basic and major medical, for this period of medical, emergency and/or diagnostic treatments to be made directly to the Baptist Health hospital rendering care, and to all entities contracted with Baptist Health to perform services. I understand that I am financially responsible for all charges not covered by insurance payments, and that all efforts for collection of those benefits are for my convenience and do not represent a guarantee for collection or a credit to my account until such time as payment is received by Baptist Health and the contracted entities. I also assign the benefits payable for physicians' services rendered to me to the physicians or physician group to submit a claim to my insurance company(ies), Medicare and/or Medicaid. I will be responsible for any collection fees, court cost and/or attorney fees incurred while collecting on my account(s). For the purposes of acknowledging this assignment, a copy of this original consent shall be as valid as the original.

**IMPORTANT MESSAGE ABOUT MEDICARE INPATIENT RIGHTS - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of CMS's Important Message About Inpatient Medicare Rights.

**NOTICE OF PRIVACY PRACTICES - ACKNOWLEDGEMENT OF RECEIPT:**
I have received a copy of Baptist's Notice of Privacy Practices.

**CONSENT FOR PRESENCE OF STUDENTS/MEDICAL REPS:**
I hereby consent to the presence of students and/or medical sales representatives, in appropriate circumstances, for the purpose of advancing medical education/techniques.

**PATIENT INFORMATION DISCLOSURE:**

1. YES, I opt out of the hospital directory          NO, I want to be in the hospital directory

2. While hospitalized, my medical/health information may be released to only (circle all that apply):

    spouse                          other relative(s)              personal representative

    members of immediate family     close personal friends         none

Witness: _Y.R.W._____     Patient or Responsible Party: X _L C D (XON)_

Date: _8/3/05_____        Legal Guardian/Proxy: _____

Reason patient signature was not obtained: _____

CR-6



CO 1500

PRINTED BY: c236342          DATE 10/2/2007          Last Printed: 08/03/2005 23:26:29

RE7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LARRY C. DIXON, #138238            )
                                   )
            Plaintiff,             )
                                   )
vs.                                ) Civil Action No. 2:07-CV-662-WKW
                                   )
CHERYL PRICE, et al.,              )
                                   )
            Defendant.             )

STATE OF ALABAMA         )
                         :      AFFIDAVIT OF ROBIN WILLIAMSON, RN
MONTGOMERY COUNTY        )

BEFORE ME, Charlene H. Schieferstein , a Notary

Public in and for said State and County, personally appeared Robin Williamson, RN, who being

duly sworn, deposes and says as follows:

My name is Robin Williamson, and I am a registered nurse licensed to practice in the

State of Alabama. I was a nurse employed in the Emergency Department at Baptist Medical

Center South on August 3, 2005.

I have no recollection of the treatment and care of Larry C. Dixon during his visit to the

emergency room. However, I was the nurse that rendered treatment to Mr. Dixon during his visit

to the emergency room at Baptist Medical Center South. The medical records show that I triaged

Mr. Dixon upon his arrival to the Emergency Department. In performing such triage, I took Mr.

Dixon's vital signs, assessed his physical condition, carried out the treatment orders of Dr.

Gutierrez, and assisted Dr. Gutierrez in his treatment of the patient. At the time of Mr. Dixon's

discharge, I gave him his discharge instructions as shown in the medical record.

**Exhibit B**
*Baptist Medical Ctr Sou*

Based upon a review of the medical records and my knowledge, training and experience, I exercised the reasonable care, skill and diligence in caring for Larry Dixon as other similarly situated nurses in the same general line of practice ordinarily have and exercise in a like case. The care I rendered to Mr. Dixon met or exceeded the applicable standard of care in this case.

I have read the foregoing and certify that it is true and correct to the best of my knowledge and belief and based upon a review of the records of Baptist Medical Center South.

ROBIN WILLIAMSON, RN

SWORN TO and subscribed before me on this the _1ST_ day of _November_, 2007.

NOTARY PUBLIC
My Commission Expires: 02 - 18 - 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

LARRY C. DIXON, #138238          )
                                 )
            Plaintiff,            )
                                 )
vs.                              )  CASE NO.  2:07-CV-662-WKW
                                 )
CHERYL PRICE, et al.,            )
                                 )
            Defendants.           )

STATE OF ALABAMA        )
                        :    AFFIDAVIT OF SAM MAYERCIK, RN, BSN, MBA
MONTGOMERY COUNTY  )

BEFORE ME, _Charlene d l. Schieferstein_, a Notary Public in

and for said State and County, personally appeared Sam Mayercik, RN, BSN, MBA, who being

duly sworn, deposes and says as follows:

My name is Sam Mayercik, and I am a registered nurse licensed to practice in the

State of Alabama.  I am the Director of Emergency/Trauma Services at Baptist Medical

Center South.  I have reviewed the medical records for Larry C. Dixon on his admission

to the Emergency Department at Baptist Medical Center South on August 3, 2005.  Based

upon my review of the medical records, the treatment rendered to Patient Larry Dixon on

August 3, 2005, is as follows:

On August 3, 2005, at approximately 9:55 p.m. Patient Larry Dixon was escorted

to the  emergency room at Baptist Medical Center South via Staton Correctional Facility

officers. His triage category was yellow, which is urgent.  Dixon, a 47 year old male, was

immediately assessed by the nurse on duty, Robin Williamson, R.N.  Nurse Williamson

**Exhibit C**

*Baptist Medical Ctr Sou*

immediately noted, "Injury Left index finger - window came down on finger, tip off –
brought in bag of glass [sic, should be ice] – 1-1/2 hours PTA (prior to arrival)."

Dixon's General Appearance and Mental Status was assessed. He was found to be
in mild distress, his skin color was pink, skin was warm and dry. His respirations were
unlabored and his pulse regular. Dixon was alert and oriented, however his speech was
slurred. Dixon stated his weight to be 180 pounds. Problems noted were anxiety and
fear, infection potential, pain, knowledge deficit, and physical mobility impairment.
Emotional support was given to patient Dixon. At approximately 10:06 p.m., Dixon was
transferred to the treatment area.

Dixon was assessed by Dr. Carlos Gutierrez, the emergency room physician on
duty. In the history and physical, Dr. Gutierrez noted that the patient's chief complaint
was injury to his left index finger which had occurred just prior to arrival to the
emergency room. The injury to the finger was caused by a "window came down on
finger." The medical records who, Dr. Gutierrez reviewed the nursing assessment, as
well as performed a physical examination of the injured hand. Dr. Gutierrez found that
there was tenderness and deformity to the left index finger, but that the wrist was normal.
He also noted in the neuro check that Dixon's sensation was intact and motor ability was
intact and that there was no vascular compromise.

At 10:25 p.m., a hand tray was requested from surgery and delivered to the
emergency room. An x-ray was done at 10:30 p.m. of the left hand which showed
"fracture amputation distal phalange index finger." Dr. Gutierrez notes in the record that

the x-rays, as interpreted by him and discussed with the radiologist, showed a complete

amputation of the left index finger.

The medical records show that Dr. Gutierrez was at Dixon's bedside at 11:20 p.m.

Dr. Gutierrez described the treatment given to Dixon as follows:

> Patient with left index distal phalanx amputation with obvious
> exposed bone. The patient received a digital block with good
> anesthetic effect. The bone was ronguered. Area was
> cleansed. Irrigated copiously. Debrided and a running suture
> was used to close the flap. The patient tolerated the
> procedure well. Area was dressed with Adaptic and bulky
> Kerlix roll with a protective aluminum splint.

In summary, the tip of the Dixon's left index finger was amputated prior to his arrival at

the emergency room due to the injury, and the bone was exposed. Dr. Gutierrez

"deadened" Dixon's hand by giving him a digital block consisting of 6 cc's of Narcain

.5%. Dr. Gutierrez then smoothed out the exposed bone and covered it with skin.

After the amputation was completed by Dr. Gutierrez, an intravenous infusion of

Ancef was given to Dixon at 12:05 a.m. Ancef is a medication given as prevention for

infection. At 1:20 a.m., the dressing described in Dr. Gutierrez's summary was applied.

Nurse Williamson noted that an adaptic dressing/bulky dressing with a metal finger splint

was applied to Mr. Dixon's finger.

At 1:30 a.m. discharge instructions were given to Mr. Dixon, along with

prescriptions for Cepholexin (antibiotic to help prevent infection) and Tylox (for pain).

Mr. Dixon was also given instructions to follow up with Dr. Chung, an orthopedic

surgeon, and to have the sutures in his finger removed in 10 to 14 days. The medical

records show that Mr. Dixon was discharged "Home" at such time. A signed consent for treatment is contained in the medical records.

Based upon a review of the medical records and my knowledge, training, and experience, the nurses involved in the care and treatment of Larry Dixon exercised the reasonable care, skill, and diligence as other similarly situated nurses in the same general line of practice ordinarily have and exercise in a like case. The nurses at Baptist South did not violate the standard of care in this case. The nurses at Baptist South did not fall below the standard of care in this case. The nurses at Baptist South met and/or exceeded the applicable standard of care in this case.

Further, based upon review of the medical records, the medical treatment rendered to Larry Dixon was rendered in a timely manner based upon the severity of the injury he presented with and did not violate any of the policies or procedures of Baptist.

I have read the foregoing and certify that it is true and correct to the best of my knowledge and belief and based upon a review of the records of Baptist Medical Center South.

SAM MAYERCIK, RN, BSN, MBA

SWORN TO and subscribed before me on
this the 1ST day of NOV , 2007.

NOTARY PUBLIC
My Commission Expires: 02/18/2010