IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON (AIS # 138238), § § **Plaintiff,** § § vs. § § CHERYL PRICE, et al., § § **Defendants.** § | 2:07-cv-662-WKW |

## AMENDMENT TO SPECIAL REPORT OF DEFENDANT CARLOS GUTIERREZ, M.D.

COMES NOW Defendant, Carlos Gutierrez, M.D. (identified in Plaintiff's Complaint as "Dr. Carlos M. gutierrez"), and hereby amends his pending Special Report to include the following as an exhibit thereto:

1. That Affidavit for Certification of Medical Records and referenced medical records of Baptist Medical Center South, certified by Bonnie Wright, R.H.I.T., as attached to Baptist's "Report to Court" as Ex. "A."

2. Dr. Gutierrez adopts said Affidavit and those referenced medical records as Ex. "C" to his pending Special Report.

Respectfully submitted this the 5th day of November, 2007.

>  *s/ R. Brett Garrett*
>  R. BRETT GARRETT (GAR085)
>  Attorney for Defendant, Carlos
>  Gutierrez, M.D.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Fax: (334) 481-0808
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 5th day of November, 2007, to:

Larry Carl Dixon (AIS # 138238)
BIBB CORRECTIONAL FACILITY
565 Bibb Lane
Brent, Alabama 35034

                *s/ R. Brett Garrett*
                Of Counsel