LARRY CARL DIXON 138238
  Plaintiff (Pro-se)

V.  2:07-CV-662-WKW

Cheryl Price
  Defendants et,al

## Answer Defendants Report
## Affidavit Of Plaintiff

Come Now Plaintiff would establish an essential element, where defendants acted under Color of Law in thier Failure of state Created Rule, Policy or Contract. Prison Health Services Inc. Impings upon Plaintiff Established 8th and 14th amendment, Procedural safeguard Protections. adventure's, Causing Deprivations. Manageing an state Created Obligation of Health Care, without direct government supervision, undertakes such task For Profit, and Potentially in Competition with other Firms. However, the Court Consistently Held; A genuine issue of Material Fact exist Defendants (PHS) Rule, Policy or Contract, was the moving Force, that Cause the Alledged Violation of established Constitutional Right, Under Color of Law element of §1983.
Young V. City of Augusta, GA 59 F3d 1160,1171 (11 Cir. 1995)

Defendants DR. CARLOS M. Gutierrez Substandard medical Treatment decision, to take an easier but less efficacious course of treatment. Knew of prior dangers states; 8-3-05 "This is the seventh inmate injured This week" However Plaintiff avers the Moving Force of Contract subjected Plaintiff to Deliberate indifference to serious medical need, and established right and garanteed protection of the United States Constitution was abridged.

McElligott V. Foley 182 F3d 1248 (11Cir 1999)

Defendants work for a Private Firm Prison Health Services Inc. Plaintiff avers Contract for Medical Care is the Moving Force that cause deprivations.

Defendants Special Response dated 9-24-07 Pg. #5. STATUS; In performing services under this agreement, Physicians shall be acting as an independent Contractor, under no circumstances, shall Physician or any other person employed by or Associated with the Physician be treated or hold themselves out as an employee of Prison Health Services PHS shall have no retained Right of Control, expressed or Implied, over the manner in which Physician performs any services which in any way involves the Practice of medicine under this Agreement Physician is not eligible for and may not Participate in any Pension, Health or other Fringe benefit Plan offered by PHS to its Employees.

Wyatt V. Cole 504 US 158, 118 LED 2d 504, 112 SCT 1827 (1992)

Plaintiff avers, stands for the Preposition, and basically seeks to deter State Actors From using the Badge of thier authority to deprive individuals of Thier Federally Guaranteed Right, and to Provide Related Relief. Id. at 161, 118 LED 2d 504, 112 SCT 1827 Premises Considered, defendants Consequently Failed In the state Created responsibility. Prison Officials Who deliberately Ignore Secured Right, Associated With Plaintiff serious Medical Need, An inmate of The State of Ala. Dept. of Corr., Cannot Claim that It was not Apparent to a reasonable Person that The Moving Force of PHS Contract and Actions Thereto Violated the Law.

Hamilton V. Endell 981 F 2d 1062, 1066 (9th Cir. 1992) The United states Supreme Court upholding, on interlocutory Appeal, the district Courts decision that Immunity From §1983 suit, because what it Called a Narrow question about Private Persons who Conspire with state Officials. Id. at 168, 118 LED 2d 504, 112 SCT 1827 Plaintiff Contends, that Unwritten Rules, Policies, Contracts Have no business being implemented in a Prison's Inviroment. Coffman V. Trickey 884 F 2d 1057 (8th Cir. 1989) As they mean Nothing, or are Void For Vagueness Coffman Supra at 1060.

In The United States District Court
For The Middle District Of Alabama
Northern Division

LARRY C. DIXON (AIS#138238)
  Plaintiff (Pro-se)
V.                              2:07-CV-662-WKW

Cheryl Price, et al
         Defendants

## Affidavit Of Larry Carl Dixon

Before me, _____, a Notary Public in and for said County and State, Personally Appeared Larry C. Dixon And being duly Sworn, deposed and says on oath that The averments Contained in the foregoing are true to The best Of his ability, information, Knowledge and Belief as Follow: My Name is Larry Carl Dixon I am over The age Of (19); I am Personally Familiar with all the facts Contained Herein, Whereas 8-3-05 an Gillotine style Window shut down on my Left Index Finger, upon Jerking The Tissue shot away From the bone, the bone was inteck Standing Like A building in the Jetson Cartoon, I did NOT Consent to Amputation, I requested the Tissue reattached. I was told, that defendents DR Carlos M Gutierrez has This same incident several times this week, that there Was no time to rejoin Ligiment, because Air Mediveck Arrival required the Attenting Physician Attention, The Tissue was thorn into A garbage Pail, it was Not given a glance, my bone was snapped, sickening guards.

In The United States District Court
For The Middle District Of Alabama
NORTHERN DIVISION

I Hereby Certify that an Copy Of this the Foregoing Has been Served Upon Counsel For all Parties Postage Prepaided Ball, Ball, Matthews + Novack, PA. Attorneys at Law Post office box 2148 Montgomery, AL 36102-2148

STATE OF ALABAMA )
County OF _____ )

Before me, a Notary Public in and for said County, In said state, Personally Appeared _____ whose name is signed to the Foregoing Complaint, who Being duly Sworn, deposes on Oath an says; that the Information set forth in the Foregoing Affidavit is true And Correct to the best Of his Knowledge and belief.

_____
SIGNATURE OF AFFIANT

Sworn To and subscribed before me this 20 Day Of November, 2007

Laura Hines
NOTARY PUBLIC
Bibb County, Alabama

My Commission Expires 9-1-2010

AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

LARRY C. DIXON
Plaintiff
V.
BAPTIST MEDICAL CENTER SOUTH
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 2:07-cv-00662-WKW-TFM

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Baptist Medical Center South | [signature] | 9/25/2007 |
| Dr. Carlos Gutierrez | [signature] | 10/11/07 |
| Dr. Chung | [signature] | 10/15/07 |
| LARRY CARL DIXON | [signature] Larry Carl Dixon | 10/19/07 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to _____
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

11-6-07
Date

[signature] W. Keith Watkins
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

MR. LARRY CARL DIXON
AIS #138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, AL 35034
E4-25A

BIRMINGHAM AL 350
21 NOV 2007 PM 6 T

United STATES DISTRICT COURT
(Office of the Clerk)
P.O. Box 711
Montgomery, AL 36101-0711