**IN THE UNITED STATES DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **LARRY CARL DIXON #138238** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 2:07-CV-662-WKW** |
| ) | |
| **CHERYL PRICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Tai Q. Chung, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

/s/ E. Ham Wilson, Jr.
E. Ham Wilson, Jr.
Attorney for Tai Q. Chung, M.D.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334)387-7680

## CERTIFICATE OF SERVICE

I hereby certify that on this January 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Brett Garrett
bg@rsjg.com

Staff Attorneys
cc_prose@almd.uscourts.gov

Frank Johnston Stakely
fjs@rsjg.com,gc@rsjg.com

James Eugene Williams
jwilliams@mewlegal.com,lmcgee@mewlegal.com

The following person, not registered with the CM/ECF system, was served by U.S. mail:

Larry Carl Dixon
AIS 138238    E3-1
Bibb County Correctional Facility
565 Bibb Lane
Brent, AL 35034

by placing same in the U.S. mail postage prepaid on this the 5th day of November, 2007.


/s/ E. Ham Wilson, Jr.
OF COUNSEL