IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY CARL DIXON )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00662-TFM
)
CHERYL PRICE, ET AL. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW BAPTIST MEDICAL CENTER SOUTH, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [ ] This party is an individual, or
- [x] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, AN AFFILIATE OF UAB HEALTH SYSTEM | Doing Business As BAPTIST MEDICAL CENTER SOUTH |

1/25/2008
Date

(Signature)

JAMES E. WILLIAMS
(Counsel's Name)

Baptist Medical Center South
Counsel for (print names of all parties)

Post Office Drawer 5130
Montgomery, AL  36103-5130
Address, City, State Zip Code

334/263/6621
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, ____JAMES E. WILLIAMS_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by ___ELECTRONIC AND US MAIL___ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __25TH__ day of __JANUARY__ 20_08_, to:

LARRY C. DIXON, AIS # 138238, BIBB COUNTY CORRECTIONAL FACILITY, 565 BIBB LANE, BRENT, ALABAMA 35034 (E425A)

OFFICE OF THE ATTORNEY GENERAL (cc_prose@almd.uscourts.gov)

BRETT GARRETT (bg@rsjg.com)

HAM WILSON (hwilson@ball-ball.com)

1/25/2008
Date

Signature