Larry Carl Dixon
(Pro-se) Plaintiff

V.

Cheryl Price et al.,
Defendants

Civil Action No. 2:07-CV-662-WKW

2008 FEB 19 A 10: 11

DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Amend, Joiner Of defendants

## Motion For Default

Complaint Citing Conditions Of Confinement Has Subject Plaintiff to Violation Of 13th Amendment Right To Vote while Improperly detained Plaintiff Motion For default with respect to Federal Rule Of Civil Procedure 56(c) Traverse defendants Motion For Summary Judgment move For Joiner Of defendants Respondent Presuant To Rule 8(A) Governing §2254 Habeas Corpus In the United States District Court For the Southern district Of Alabama Southern Division Civil Action No. 07-0518-KD-C Cite's Improper Sentencing Practice's Resulting directly Conditions Of questioned Confinements where An Prose Litigant Involved Rule 56 would require Notifications

I Hereby Certify that an True Copy of the Foregoing Has been served upon Respondents, Defendant Postage Prepaided State of Alabama Office of the Attorney-General 11 South Union Street Montgomery Alabama 36130-0152 also United States District Court Southern District of Alabama Clerk 113 ST. Joseph Street Mobile, AL 36602 Further I hereby Certify that these Foregoing Are True an Correct to the best of my Knowledge and belief

*Larry Carl Dixon*
Larry C. Dixon 138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, AL 35034
E4-25-A

HIS # 158258  
565 Bibb Lane  
Brent, AL 35034  
E4-25A



02 1P  
0003057532   FEB 15 2008  
$ 000.41⁰  
MAILED FROM ZIP CODE 35034

Office of the Clerk  
United States District Court  
P.O. Box 711  
Montgomery, AL 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."