IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, #138238, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-662-WKW |
| BAPTIST SOUTH MEDICAL HOSPITAL, et al., | ) |
| Defendant. | ) |

**ORDER ON MOTION**

On February 19, 2008, the plaintiff filed a motion to amend (Court Doc. No.37). This document is rambling and unintelligible. However, it appears to the court that the plaintiff seeks to add claims related to his current confinement at the Bibb County Correctional Facility. The instant cause of action is pending before the court with respect to the adequacy of medical treatment provided to the plaintiff for an injury suffered in August of 2005. Accordingly, it is

ORDERED that the motion to amend be and is hereby DENIED.[1]

Done this 20th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent the plaintiff attempts to request dispositive relief, such request is not properly before the court as the plaintiff failed to obtain requisite permission of the court. *Order of September 25, 2007 - Court Doc. No. 14* at 3 ("No ... dispositive motions addressed to the complaint [may] be filed by any party without permission of the court.").