IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LARRY C. DIXON, #138238 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:07-CV-662-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

**COMES NOW** J. Flynn Mozingo and enters his appearance as additional counsel of record for Defendant Baptist Medical Center South and respectfully requests to be copied on any and all pleadings, motions, orders, correspondence, etc. in this matter.

Respectfully submitted this the 25th day of June, 2008.

/s/ J. Flynn Mozingo
JAMES E. WILLIAMS
J. FLYNN MOZINGO
Attorneys for Defendant,
**Baptist Medical Center South**
MELTON, ESPY & WILLIAMS, PC
255 Dexter Avenue
Post Office Drawer 5130
Montgomery, AL 36103-5130
Telephone: (334) 263-6621
Facsimile: (334) 263-7252
fmozingo@mewlegal.com

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that I have served a copy of the foregoing upon the Plaintiff, Larry C. Dixon, AIS #138238, Bibb County Correctional Facility, 565 Bibb Lane, Brent, Alabama, 35034, E425A, on this the 25th day of June, 2008.

 Further, a copy of the foregoing has been electronically filed on the 25th day of June, 2008, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| Staff Attorneys | Brett Garrett | Ham Wilson |
|---|---|---|
| cc_prose@almd.uscourts.gov | bg@rsjg.com, | hwilson@ball-ball.com |

              /s/ J. Flynn Mozingo
              OF COUNSEL