Dear (Office Of The Clerk)
My Name is Larry Dixon this Concerns, Change Of address Forward Concerns too;
In the District Court Of The United States For the middle District of Alabama Northern Division
Civil Action No. 2:07-CV-662-WKW
Please Acknowledge reciept.
Too: MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

Further, also
Civil Action No. 2:06-CV-164 WKW
Forward For All Concerns
Thank you!
Too. MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

36101/9333

MR. LARRY CARL DIXON #138238
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

United States District Court
(Office of the Clerk)
Montgomery, Alabama 36101-0711

[Postmark: MONTGOMERY AL 351, 22 JUL 2008 PM 3 T, USPS FIRST-CLASS]