Dear Sir (Office Of the Clerk)
My Name is Larry C. Dixon
AIS #138238 my address Now
Is ADOC Elmore
Elmore Corr. Facility
P.O. Box 8
Elmore, AL 36025
This Letter Concerns
Disposition + Status
Of Civil Action No. 2:07-CV-662-WKW
Please Forward Mail
To the Above mentioned
Address
    Thank you
    LC Dixon

MR. LARRY C. DIXON
AIS #138238
Elmore Corr. Facility
P.O. Box 8
Elmore, AL 36025



United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

This communication is for [illegible] and [illegible]. The [illegible] to [illegible], and the Alabama [illegible] is not responsible [illegible] content of the enclosed communication.