Dear Officer of the Court    8-30-08
(Office of the Clerk) Larry C. Dixon 138238

This Letter is to advise the Court of an Change of address with respect to Civil action #2:07-cv-662-WKW Please File status of Litigation Forward to me at

J O Davis Corr. Facility
P.O. Box 4000
Atmore, AL 36503
Larry Carl Dixon 138238
040A

P.O. Box 711
Montgomery, AL

[Stamp: DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA, 2008 SEP -5 A 9:30]